# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **EDWARD BUTOWSKY,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | ACTION NO. 4:19-CV-180 |
| | § § | JUDGE MAZZANT/JUDGE JOHNSON |
| **MICHAEL GOTTLIEB,** *et al.*, | § § | |
| Defendants. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 31, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #22) that Plaintiff Edward Butowsky's ("Plaintiff") Notice of Partial Dismissal (the "Notice") (Dkt. #21) be **GRANTED**. In the Notice, Plaintiff states he voluntarily dismisses all claims against Defendants Arun Subramanian, Elisha Barron, and Gloria Park. *See* Dkt. #21.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the relief requested in the Notice (Dkt. #21) is **GRANTED**. Plaintiffs' claims against Defendants Arun Subramanian, Elisha Barron, and Gloria Park are hereby **DISMISSED**.

    **IT IS SO ORDERED**.

    **SIGNED this 18th day of June, 2019.**

AMOS L. MAZZANT