UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:19-cv-00180-ALM-KPJ

Name of party requesting extension: The New York Times Company, Alan Feuer, Vox Media, Inc., and Jane Coaston

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 06/19/2012

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other 7 days

New Deadline Date: 7/1/19    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Marc A. Fuller
State Bar No.: 24032210
Firm Name: Vinson & Elkins LLP
Address: 2001 Ross Avenue
Suite 3900
Dallas, Texas 75201
Phone: 214.220.7881
Fax: 214.999-7881
Email: mfuller@velaw.com

A certificate of conference does not need to be filed with this unopposed application.