# EXHIBIT B

Lynne Finley
District Clerk
Collin County, Texas
By Tatiana Ortega Deputy
Envelope ID: 33755058

CAUSE NO. 416-01222-2019

| | | |
|---|---|---|
| **EDWARD BUTOWSKY in his individual and professional capacities,** | § § § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § § | |
| | § | **416th JUDICIAL DISTRICT** |
| v. | § § | |
| **SUSMAN GODFREY, LLP,** | § § § | |
| **Defendant.** | § | **COLLIN COUNTY, TEXAS** |

## ORDER GRANTING DEFENDANT SUSMAN GODFREY'S MOTION TO DISMISS WITH PREJUDICE

On May 20, 2019, came to be heard Defendant Susman Godfrey, LLP's ("Defendant") Motion to Dismiss filed on April 1, 2019 (the "Motion"). Having considered the Motion, the pleadings on file, the evidence presented, and the arguments of counsel, the Court is of the opinion that Plaintiff Edward Butowsky in his individual and professional capacities ("Plaintiff") has failed to establish by clear and specific evidence a prima facie case of each essential element of his defamation claim, his malicious prosecution claim, and his claim under New York Judiciary Law § 487 and that Defendant has established by a preponderance of the evidence the defense of attorney immunity and that therefore the Motion should be GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Response in Opposition to Motion to Dismiss (and supporting evidence) filed on May 20, 2019 at 8:02 a.m. is hereby stricken as untimely.

IT IS FURTHER ORDERED that Plaintiff's Motion to Permit Discovery filed on May 20, 2019 at 8:02 a.m. is DENIED.

IT IS FURTHER ORDERED that Defendant be awarded reasonable attorneys' fees in the amount of $18,000.00 incurred in defending against this lawsuit pursuant to TEX. CIV. PRAC. & REM. CODE § 27.009.

This Order is a final order and fully resolves and disposes of all of Plaintiff's claims and causes of action against Defendant in this action and is appealable.

SIGNED this _____ day of 5/22/2019 _____, 2019.

*Andrea S. Thompson*
PRESIDING JUDGE

AGREED AS TO FORM:

*Ty Clevenger* (with permission RLS)
TY CLEVENGER
Texas Bar No. 24034380
tyclevenger@yahoo.com
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)

*Attorney for Plaintiff Edward Butowsky*


RICHARD A. SAYLES
Texas Bar No. 17697500
dsayles@bradley.com
**SHAWN C. LONG**
Texas Bar No. 24047859
slong@bradley.com
**ROBERT L. SAYLES**
Texas Bar No. 24049857
rsayles@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214-939-8700
214-939-8787 – fax

*Attorney for Defendant Susman Godfrey LLP*