# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**  Plaintiff,  v.  **Michael Gottlieb, et al.,**  Defendants | Case No. 4:19-cv-180 |

## NOTICE OF PARTIAL DISMISSAL

NOW COMES Edward Butowsky, the Plaintiff, giving notice that he hereby dismisses his claims against Defendant Democratic National Committee pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) insofar as no answer and no motion for summary judgment have been filed on its behalf. He does not dismiss his claims against any other Defendants.

Respectfully submitted,

/s/ Ty Clevenger
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

- 2 -

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was filed electronically with the Court's ECF system on July 1, 2019, which should result in automatic notification to all counsel of record.

      **/s/ Ty Clevenger**
      Ty Clevenger