IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:19-CV-0180-ALM-KPJ |
| MICHAEL GOTTLIEB, et al., | § | |
| | § | |
| *Defendants* | § | |

**DECLARATION OF ANDERSON COOPER IN SUPPORT OF
THE CNN INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

I, Anderson Cooper, make this Declaration under penalty of perjury under the laws of the United States:

1. My name is Anderson Cooper. I am over the age of eighteen, of sound mind, and am otherwise fully competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge, and are true and correct.

2. I am making this Declaration in support of the CNN Individual Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, and without waving any of the defenses in that Motion or in the CNN Individual Defendants' Motion to Dismiss for Failure to State a Claim.

3. I am a resident of New York, New York. I have never lived or maintained a residence in Texas.

4. I am currently employed as an Anchor for CNN in New York, NY.

5. I do not own, lease, possess, or maintain any real or personal property in Texas.

6. I have no assets in Texas. I do not maintain any bank or other accounts in Texas. I do not have a motor vehicle in Texas. I do not vote or file taxes in Texas.

7. I do not regularly transact business in Texas. I do not maintain an office in Texas, and I do not have any employees or agents residing in Texas. I do not hold any professional licenses in Texas. I have never had a telephone listing in Texas. Any contact I have had with Texas would have been fortuitous as a result of covering a news story.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 28 day of June, 2019.

_____
Anderson Cooper