# EXHIBIT A

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 4:19-cv-00180-ALM-KPJ Butowsky v. Gottlieb et al Motion to Dismiss |
| **Date:** | Friday, June 21, 2019 6:34:56 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered by Skiermont, Paul on 6/21/2019 at 6:33 PM CDT and filed on 6/21/2019

| | |
|---|---|
| **Case Name:** | Butowsky v. Gottlieb et al |
| **Case Number:** | 4:19-cv-00180-ALM-KPJ |
| **Filer:** | Boies Schiller Flexner LLP |
| | Michael Gottlieb |
| | Meryl Governski |

**Document Number:** 41

**Docket Text:**
**MOTION to Dismiss by Boies Schiller Flexner LLP, Michael Gottlieb, Meryl Governski. Responses due by 7/8/2019 (Attachments: # (1) Declaration of Paul Skiermont, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Exhibit H, # (10) Text of Proposed Order)(Skiermont, Paul)**

**4:19-cv-00180-ALM-KPJ Notice has been electronically mailed to:**

Alison Holladay Moore    amoore@thompsoncoe.com, dward@thompsoncoe.com, tannis@thompsoncoe.com, vdemianiw@thompsoncoe.com

Andrew Baxter Ryan    andy@ryanlawpartners.com, andy.baxter.ryan@gmail.com

Christopher Michael Hodge    chodge@skiermontderby.com, christopher.m.hodge@gmail.com

David E McCraw    mccraw@nytimes.com, mccrawnyt@verizon.net

Jamison Meadville Joiner    jjoiner@jw.com, ksparks@jw.com

Marc A Fuller    mfuller@velaw.com

Megan Marie Coker    megancoker@velaw.com, coker.megan@gmail.com

Paul Joseph Skiermont    pskiermont@skiermontderby.com, cbridwell@skiermontderby.com, kkreymer@skiermontderby.com

Robert Joseph Giglio , Jr    rj@ryanlawpartners.com, RobertJGiglio@gmail.com

Robert Parke Latham    blatham@jw.com, cbivins@jw.com

Thomas S Leatherbury    tleatherbury@velaw.com, vgreen@velaw.com

Ty Odell Clevenger    tyclevenger@yahoo.com, tyclevenger@gmail.com

**4:19-cv-00180-ALM-KPJ Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-0] [2ae20213b68a199c563083620c7a4610faf0a87a54aa3aee4bf344ea031485aaa5b666c8273d67aa4b79e033a52b20547886b19eb8798facc4de85da5944f18c]]
**Document description:** Declaration of Paul Skiermont
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-1] [2633f75adef4d134111af22a609f598d67e5caf568dfcfc160fc0ff32811452b550b73f9b70fb7d826ed3c059db0bbd47cadd067b7fb52db2e4fb7cdf4375c06]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-2] [0faff547fb1e343798866cc373dc6a295ce7b15be343840843f821958bd2cb63ad22e833bd07d34125b6a6c448e43131abb7869753a050b3a5994b899188458f]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-3] [b4c45e1535ec6921ce89128ea86c5d346b2e530b895523a31984a35005d6a457b8886075d0ae9280ae726adf1f5ac6a4ef669d9992d834f038b494f8117a7565]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-4] [b6eaf876c966f5b0dfe6d5ff93bdd6f8194aacda1bea65fa5a3bd543918ec810f2

a03c996d829799c52e41b787069afa5240b7e7dc5e85093bacf25d8baf39aa]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-5] [b169abef6a7ae559cf68f20b289fe98bec7dec3d44baa631e2e71b5ba7526af9a986a0ac1516d4d4b19004975f6311d7b7d32efa2121298b61a45913e1410014]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-6] [192c38e294992278e2a2c65b2790163e7afbffee6bc92c1ed787b4bd4879a07e40d7e3c4991fc1539cb8560c9f229060336167662b401bde7c98570fa102e115]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-7] [70cfe2e9fd0121a377f95fb2c649254834512dea56fb927ce8ee1b767aec3b89ba8f5c4b53dce9cbdcc88c0c8f73f0bdb6fc71a482aa6e1f916d54fcbed634f3]]
**Document description:**Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-8] [4f3bf6fb1be6bf0695d538aa82860aa3617b0527a37edfe8b9d0d30a1c4f8c118bde8abff5724fbc51d41113d46f1b484d446b3fb1e15bb2f4142d9d8f0ef9a0]]
**Document description:**Exhibit H
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-9] [728c9361bd4514b65ed4f364712e03e872ef5c57e05917633abf982b5abc9ad257634b4ab1559f40a260e49f92932f29f192f5f83b8caa193d38872c6ce5da7b]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/21/2019] [FileNumber=11969822-10] [70f2b8351ad5c85fd57e8c557fa54d54295ff1301b265b0611d7bcd2eaf00c9b5b5e66c4db1feea777dbc3d24d532fe662cbec90a8ac04acc0379c65ffcf677b]]