# EXHIBIT B

**U.S. District Court**
**Eastern District of TEXAS [LIVE] (Sherman)**
**CIVIL DOCKET FOR CASE #: 4:19-cv-00180-ALM-KPJ**

| | |
|---|---|
| Butowsky v  Gottlieb et al | Date Filed: 03/12/2019 |
| Assigned to: District Judge Amos L  Mazzant, III | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Kimberly C Priest Johnson | Nature of Suit: 320 Assault Libel & Slander |
| Cause: 28:1332 Diversity-Libel,Assault,Slander | Jurisdiction: Diversity |

**Plaintiff**

**Edward Butowsky**
*in his personal and professional capacities*

represented by **Ty Odell Clevenger**
Ty Odell Clevenger, Attorney At Law
P O  Box 20753
Brooklyn, NY 11202-0753
979-985-5289
Fax: 979-530-9523
Email: tyclevenger@yahoo com
*ATTORNEY TO BE NOTICED*

V

**Defendant**

**Michael Gottlieb**

represented by **Christopher Michael Hodge**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
214 978 6623
Fax: 214 978 6601
Email: chodge@skiermontderby com
*ATTORNEY TO BE NOTICED*

**Paul Joseph Skiermont**
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
214-978-6600
Fax: 214-978-6601
Email: pskiermont@skiermontderby com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meryl Governski**

represented by **Christopher Michael Hodge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Joseph Skiermont**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boies Schiller Flexner LLP**

represented by **Christopher Michael Hodge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Joseph Skiermont**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brad Bauman**

represented by **Andrew Baxter Ryan**
Ryan Law Partners LLP
3811 Turtle Creek Blvd
Dallas, TX 77008
214-347-7360
Fax: 888-594-6240
Email: andy@ryanlawpartners com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Giglio , Jr**
Ryan Law Partners LLP
3811 Turtle Creek Blvd
Dallas, TX 77008
318 393 8239
Email: rj@ryanlawpartners com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Pastorum Group**

represented by **Robert Joseph Giglio , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leonard A. Gail**

represented by **Alison Holladay Moore**
Thompson, Coe, Cousins & Irons, LLP - Dallas

700 North Pearl Street, 25th Floor
Dallas, TX 75201
214/871-8200
Fax: 12148718209
Email: amoore@thompsoncoe com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eli J. Kay-Oliphant**                                          represented by **Alison Holladay Moore**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Suyash Agrawal**                                               represented by **Alison Holladay Moore**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Massey & Gail LLP**                                            represented by **Alison Holladay Moore**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Arun Subramanian**
*TERMINATED: 06/18/2019*

**Defendant**

**Elisha Barron**
*TERMINATED: 06/18/2019*

**Defendant**

**Gloria Park**
*TERMINATED: 06/18/2019*

**Defendant**

**Turner Broadcasting System, Inc.**                             represented by **Jamison Meadville Joiner**
                                                                 Jackson Walker LLP - Dallas
                                                                 2323 Ross Ave , Suite 600
                                                                 Dallas, TX 75201
                                                                 214-953-5951
                                                                 Fax: 214-661-6811
                                                                 Email: jjoiner@jw com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert Parke Latham**
                                                                 Jackson Walker LLP - Dallas
                                                                 2323 Ross Ave , Suite 600
                                                                 Dallas, TX 75201
                                                                 214/953-6095
                                                                 Fax: 12149535822
                                                                 Email: blatham@jw com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Anderson Cooper**                                              represented by **Jamison Meadville Joiner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert Parke Latham**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Tuchman**                                                 represented by **Jamison Meadville Joiner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert Parke Latham**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Oliver Darcy**                                                 represented by **Jamison Meadville Joiner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert Parke Latham**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Kludt**                                                    represented by **Jamison Meadville Joiner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Robert Parke Latham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The New York Times Company**                                       represented by **David E McCraw**
The New York Times Co  Legal Department
620 Eighth Ave
New York, NY 10018
212-556-4031
Fax: 212-556-4634
Email: mccraw@nytimes com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A Fuller**
Vinson & Elkins LLP - Dallas
2001 Ross Ave
Suite 3700
Dallas, TX 75201-2975
214-220-7881
Fax: 214-9997881
Email: mfuller@velaw com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin Lea Kerns**
Vinson & Elkins LLP - Dallas
2001 Ross Ave
Suite 3700
Dallas, TX 75201-2975
214-220-7959
Fax: 214-999-7959
Email: dkerns@velaw com
*ATTORNEY TO BE NOTICED*

**Megan Marie Coker**
Vinson & Elkins LLP - Dallas
2001 Ross Ave
Suite 3700
Dallas, TX 75201-2975
214-220-7830
Fax: 214-220-7716
Email: megancoker@velaw com
*ATTORNEY TO BE NOTICED*

**Thomas S Leatherbury**
Vinson & Elkins
2001 Ross Ave
3700 Trammell Crow Center
Dallas, TX 75201-2975
214/220-7744
Fax: 12149997792
Email: tleatherbury@velaw com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alan Feuer**                                                        represented by **David E McCraw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A Fuller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin Lea Kerns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Marie Coker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas S Leatherbury**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vox Media, Inc.**                                                  represented by **Marc A Fuller**
(See above for address)
*LEAD ATTORNEY*

**Devin Lea Kerns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Marie Coker**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas S Leatherbury**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Coaston**                                                        represented by  **Marc A Fuller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin Lea Kerns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Marie Coker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas S Leatherbury**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Democratic National Committee**
*TERMINATED: 07/09/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2019 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0540-7175712 ), filed by Edward Butowsky (Attachments: # 1 Civil Cover Sheet)(Clevenger, Ty) (Entered: 03/12/2019) |
| 03/12/2019 |  | Case Assigned to District Judge Amos L  Mazzant, III and Magistrate Judge Kimberly C Priest Johnson  (rpc, ) (Entered: 03/12/2019) |
| 03/12/2019 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U S  Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment  The form Consent to Proceed Before Magistrate Judge is available on our website  All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*  (rpc, ) (Entered: 03/12/2019) |
| 04/11/2019 | 2 | ***PLEASE DISREGARD - FILED IN ERROR***<br><br>NOTICE by Edward Butowsky *of Request for Issuance of Summonses* (Attachments: # 1 Summons(es) Alan Feuer, # 2 Summons(es) Arun Subramanian, # 3 Summons(es) Boies Schiller Flexner, # 4 Summons(es) Brad Bauman, # 5 Summons(es) DNC, # 6 Summons(es) Leonard Gail, # 7 Summons(es) Massey & Gail, # 8 Summons(es) Meryl Governski, # 9 Summons(es) Michael Gottlieb, # 10 Summons(es) Turner Broadcasting, # 11 Summons(es) Vox)(Clevenger, Ty) Modified on 4/11/2019 (baf, )  (Entered: 04/11/2019) |
| 04/11/2019 |  | ***FILED IN ERROR BY ATTORNEY. Document # 2, NOTICE. PLEASE IGNORE.***<br><br>(baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 3 | SUMMONS Issued as to Alan Feuer  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 4 | SUMMONS Issued as to Leonard A  Gail  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 5 | SUMMONS Issued as to Vox Media, Inc  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 6 | SUMMONS Issued as to Arun Subramanian  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 7 | SUMMONS Issued as to Massey & Gail LLP  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 8 | SUMMONS Issued as to Boies Schiller Flexner LLP  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 9 | SUMMONS Issued as to Meryl Governski  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 10 | SUMMONS Issued as to Brad Bauman  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 11 | SUMMONS Issued as to Michael Gottlieb  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 12 | SUMMONS Issued as to The Democratic National Committee  (baf, ) (Entered: 04/11/2019) |
| 04/11/2019 | 13 | SUMMONS Issued as to Turner Broadcasting System, Inc   (baf, ) (Entered: 04/11/2019) |
| 04/26/2019 | 14 | WAIVER OF SERVICE Returned Executed by Edward Butowsky  Alan Feuer waiver sent on 4/24/2019, answer due 6/24/2019; Michael Gottlieb waiver sent on 4/22/2019, answer due 6/21/2019; The New York Times Company waiver sent on 4/24/2019, answer due 6/24/2019  (Attachments: # 1 Supplement Michael Gottlieb waiver, # 2 Supplement New York Times waiver)(Clevenger, Ty) (Entered: 04/26/2019) |
| 05/06/2019 | 15 | NOTICE of Attorney Appearance - Pro Hac Vice by David E McCraw on behalf of The New York Times Company  Filing fee $ 100, receipt number 0540-7256693 (McCraw, David) (Entered: 05/06/2019) |
| 05/08/2019 | 16 | NOTICE of Attorney Appearance by Andrew Baxter Ryan on behalf of Brad Bauman (Ryan, Andrew) (Entered: 05/08/2019) |
| 05/09/2019 | 17 | NOTICE of Attorney Appearance by Marc A Fuller on behalf of Jane Coaston, Vox Media, Inc  (Fuller, Marc) (Entered: 05/09/2019) |
| 05/09/2019 | 18 | NOTICE of Attorney Appearance by Thomas S Leatherbury on behalf of Jane Coaston, Vox Media, Inc  (Leatherbury, Thomas) (Entered: 05/09/2019) |
| 05/09/2019 | 19 | NOTICE of Attorney Appearance by Megan Marie Coker on behalf of Jane Coaston, Vox Media, Inc  (Coker, Megan) (Entered: 05/09/2019) |
| 05/10/2019 | 20 | NOTICE of Attorney Appearance by David E McCraw on behalf of Alan Feuer (McCraw, David) (Entered: 05/10/2019) |
| 05/29/2019 | 21 | NOTICE of Voluntary Dismissal by Edward Butowsky (Clevenger, Ty) (Additional attachment(s) added on 5/30/2019: # 1 Text of Proposed Order) (baf, )  (Entered: 05/29/2019) |
| 05/31/2019 | 22 | REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE re 1 Complaint filed by Edward Butowsky  The Court therefore recommends that the relief requested in the Notice (Dkt  21 ) be GRANTED and Defendants Arun Subramanian, Elisha Barron, and Gloria Park should be dismissed from this case  Signed by Magistrate Judge Kimberly C Priest Johnson on 5/30/2019  (baf, ) (Entered: 05/31/2019) |
| 06/03/2019 | 23 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss under Texas Citizens Participation Act* by Turner Broadcasting System, Inc , Anderson Cooper, |

| | | |
|---|---|---|
| | | Gary Tuchman, Oliver Darcy, and Tom Kludt (Attachments: # 1 Text of Proposed Order)(Joiner, Jamison) (Entered: 06/03/2019) |
| 06/04/2019 | 24 | NOTICE of Attorney Appearance by Paul Joseph Skiermont on behalf of Boies Schiller Flexner LLP, Michael Gottlieb, Meryl Governski (Skiermont, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 25 | NOTICE of Attorney Appearance by Christopher Michael Hodge on behalf of Boies Schiller Flexner LLP, Michael Gottlieb, Meryl Governski (Hodge, Christopher) (Entered: 06/04/2019) |
| 06/04/2019 | 26 | ORDER - GRANTING 23 Motion for Extend Deadline to Move to Dismiss under Texas Citizens Participation Act  Signed by Magistrate Judge Kimberly C Priest Johnson on 6/4/2019 (baf, ) (Entered: 06/04/2019) |
| 06/07/2019 | 27 | NOTICE of Attorney Appearance by Marc A Fuller on behalf of Alan Feuer, The New York Times Company (Fuller, Marc) (Entered: 06/07/2019) |
| 06/07/2019 | 28 | NOTICE of Attorney Appearance by Thomas S Leatherbury on behalf of Alan Feuer, The New York Times Company (Leatherbury, Thomas) (Entered: 06/07/2019) |
| 06/07/2019 | 29 | NOTICE of Attorney Appearance by Megan Marie Coker on behalf of Alan Feuer, The New York Times Company (Coker, Megan) (Entered: 06/07/2019) |
| 06/11/2019 | 30 | NOTICE of Attorney Appearance by Alison Holladay Moore on behalf of Suyash Agrawal, Leonard A Gail, Eli J Kay-Oliphant, Massey & Gail LLP (Moore, Alison) (Entered: 06/11/2019) |
| 06/11/2019 | 31 | NOTICE of Attorney Appearance by Alison Holladay Moore on behalf of Suyash Agrawal, Leonard A Gail, Eli J Kay-Oliphant, Massey & Gail LLP (Moore, Alison) (Entered: 06/11/2019) |
| 06/14/2019 | 32 | Unopposed MOTION for Extension of Time to File *TCPA Motion to Dismiss* by Jane Coaston, Alan Feuer, The New York Times Company, Vox Media, Inc (Attachments: # 1 Text of Proposed Order)(Fuller, Marc) (Attachment 1 replaced on 6/14/2019) (baf, ) (Entered: 06/14/2019) |
| 06/14/2019 | 33 | Unopposed MOTION for Extension of Time to File *A Motion to Dismiss Under Texas Citizens Participation Act* by Boies Schiller Flexner LLP, Michael Gottlieb, Meryl Governski (Skiermont, Paul) (Additional attachment(s) added on 6/17/2019: # 1 Text of Proposed Order) (baf, ) (Entered: 06/14/2019) |
| 06/17/2019 | 34 | ORDER  The New York Times and Vox Media Defendants' Unopposed Motion to Extend Deadline to Move to Dismiss Under Texas Citizens Participation Act (Dkt 32 ) is hereby GRANTED  The BSF Defendants' Unopposed Motion to Extend Deadline to Move to Dismiss Under the Texas Citizens Participation Act (Dkt 33 ) is hereby GRANTED  It is hereby ORDERED that the deadline for ALL DEFENDANTS to file a motion to dismiss under the TCPA is extended until sixty days from the issuance of the mandate from a decision that resolves whether the TCPA applies in federal court in Klocke v Univ of Tex at Arlington, No 17-11320 (5th Cir ), Van Dyke v Retzlaff, No 18-40710 (5th Cir ), MCR Oil Tools, L L C v Spex Offshore, Ltd , No 19-10346 (5th Cir ), or Star Sys Int'l Ltd v Neology, Inc , No 19-40553 (5th Cir ), whichever is earliest  Signed by Magistrate Judge Kimberly C Priest Johnson on 6/17/2019 (baf, ) (Entered: 06/17/2019) |
| 06/18/2019 | 35 | MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE for 22 Report and Recommendations  The relief requested in the Notice of Partial Dismissal (Dkt 21 ) is GRANTED  Plaintiffs' claims against Defendants Arun Subramanian, Elisha Barron, and Gloria Park are hereby DISMISSED  Signed by District Judge Amos L Mazzant, III on 6/18/2019 (baf, ) (Entered: 06/18/2019) |
| 06/19/2019 | 36 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Anderson Cooper, Oliver Darcy, Tom Kludt, Turner Broadcasting System, Inc ( Latham, Robert) (Entered: 06/19/2019) |
| 06/19/2019 | | ***FILED IN ERROR - ATTORNEY TO REFILE. Document # 36, MOTION TO EXTEND ANSWER DEADLINE. PLEASE IGNORE.*** <br><br>(baf, ) (Entered: 06/19/2019) |
| 06/19/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Oliver Darcy to 7/1/2019; Tom Kludt to 7/1/2019; Gary Tuchman to 7/1/2019; Anderson Cooper to 7/1/2019; Turner Broadcasting System, Inc to 7/1/2019  7 Days Granted for Deadline Extension ( baf, ) (Entered: 06/19/2019) |
| 06/19/2019 | 37 | Defendants' Unopposed First Application for Extension of Time to Respond to Complaint re Jane Coaston, Alan Feuer, The New York Times Company, Vox Media, Inc ( Fuller, Marc) (Entered: 06/19/2019) |
| 06/19/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Vox Media, Inc to 7/1/2019; Jane Coaston to 7/1/2019; Alan Feuer to 7/1/2019; The New York Times Company to 7/1/2019  7 Days Granted for Deadline Extension ( baf, ) (Entered: 06/19/2019) |
| 06/20/2019 | 38 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Brad Bauman, The Pastorum Group ( Giglio, Robert) (Entered: 06/20/2019) |
| 06/20/2019 | 39 | NOTICE of Attorney Appearance by Robert Joseph Giglio, Jr on behalf of Brad Bauman, The Pastorum Group (Giglio, Robert) (Entered: 06/20/2019) |
| 06/20/2019 | 40 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Suyash Agrawal, Leonard A Gail, Eli J Kay-Oliphant, Massey & Gail LLP ( Moore, Alison) (Entered: 06/20/2019) |
| 06/20/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for The Pastorum Group to 7/1/2019; Brad Bauman to 7/1/2019  7 Days Granted for Deadline Extension ( baf, ) (Entered: 06/20/2019) |
| 06/21/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Leonard A Gail to 7/1/2019; Suyash Agrawal to 7/1/2019; Eli J Kay-Oliphant to 7/1/2019; Massey & Gail LLP to 7/1/2019  7 Days Granted for Deadline Extension ( baf, ) (Entered: 06/21/2019) |
| 06/21/2019 | 41 | MOTION to Dismiss by Boies Schiller Flexner LLP, Michael Gottlieb, Meryl Governski  Responses due by 7/8/2019 (Attachments: # 1 Declaration of Paul Skiermont, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Text of Proposed Order) (Skiermont, Paul) (Entered: 06/21/2019) |
| 07/01/2019 | 42 | NOTICE of Voluntary Dismissal by Edward Butowsky (Attachments: # 1 Text of Proposed Order)(Clevenger, Ty) (Entered: 07/01/2019) |
| 07/01/2019 | 43 | NOTICE of Attorney Appearance by Devin Lea Kerns on behalf of Jane Coaston, Alan Feuer, The New York Times Company, Vox Media, Inc (Kerns, Devin) (Entered: 07/01/2019) |
| 07/01/2019 | 44 | MOTION to Dismiss for Lack of Jurisdiction by Jane Coaston, Vox Media, Inc (Attachments: # 1 Affidavit Declaration of Jane Coaston, # 2 Exhibit A, # 3 Exhibit B, # 4 Affidavit Declaration of Jeff Chin, # 5 Text of Proposed Order)(Fuller, Marc) (Attachment 5 replaced on 7/2/2019) (baf, ) (Entered: 07/01/2019) |
| 07/01/2019 | 45 | MOTION to Dismiss *Under Rule 12(b)(6)* by Jane Coaston, Vox Media, Inc (Attachments: # 1 Affidavit Declaration of Marc Fuller, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Text of Proposed Order)(Fuller, Marc) (Attachment 9 replaced on 7/2/2019) (baf, ) (Entered: 07/01/2019) |
| 07/01/2019 | 46 | MOTION to Dismiss for Lack of Jurisdiction by Alan Feuer (Attachments: # 1 Affidavit Declaration of Alan Feuer, # 2 Exhibit A, # 3 Affidavit Declaration of Tara Hereich, # 4 Text of Proposed Order)(Fuller, Marc) (Attachment 4 replaced on 7/2/2019) (baf, ) (Entered: 07/01/2019) |
| 07/01/2019 | 47 | MOTION to Dismiss *Under Rule 12(b)(6)* by Alan Feuer, The New York Times Company (Attachments: # 1 Affidavit Declaration of Marc Fuller, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Text of Proposed Order)(Fuller, Marc) (Attachment 10 replaced on 7/2/2019) (baf, ) (Entered: 07/01/2019) |
| 07/01/2019 | 48 | MOTION to Dismiss for Lack of Prosecution , MOTION to Dismiss *for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2)* by Suyash Agrawal, Leonard A Gail, Eli J Kay-Oliphant, Massey & Gail LLP (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit B, # 5 Exhibit C, # 6 Text of Proposed Order Proposed Order)(Moore, Alison) (Entered: 07/01/2019) |
| 07/01/2019 | 49 | MOTION to Dismiss *for Failure to State a Claim* by Suyash Agrawal, Leonard A Gail, Eli J Kay-Oliphant, Massey & Gail LLP (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6, # 8 Exhibit A-7, # 9 Exhibit A-8, # 10 Exhibit B, # 11 Text of Proposed Order Proposed Order)(Moore, Alison) (Entered: 07/01/2019) |
| 07/01/2019 | 50 | MOTION to Dismiss for Lack of Jurisdiction by Anderson Cooper, Oliver Darcy, Tom Kludt, Gary Tuchman (Attachments: # 1 Exhibit A, Riner Decl , # 2 Exhibit B, Cooper Decl , # 3 Exhibit C, Tuchman Decl , # 4 Exhibit D, Kludt Decl , # 5 Exhibit E, Darcy Decl )(Latham, Robert) (Additional attachment(s) added on 7/2/2019: # |

| | | |
|---|---|---|
| | | 6 Text of Proposed Order) (baf, )  (Entered: 07/01/2019) |
| 07/01/2019 | 51 | MOTION to Dismiss *for Failure to State a Claim* by Anderson Cooper, Oliver Darcy, Tom Kludt, Gary Tuchman, Turner Broadcasting System, Inc  (Attachments: # 1 Exhibit A, Riner Decl )(Latham, Robert) (Entered: 07/01/2019) |
| 07/01/2019 | 52 | MOTION to Dismiss by Brad Bauman, The Pastorum Group  (Attachments: # 1 Text of Proposed Order)(Giglio, Robert) (Attachment 1 replaced on 7/2/2019) (baf, ) (Entered: 07/01/2019) |
| 07/02/2019 | 53 | CORPORATE DISCLOSURE STATEMENT filed by The New York Times Company (Fuller, Marc) (Entered: 07/02/2019) |
| 07/03/2019 | 54 | CORPORATE DISCLOSURE STATEMENT filed by Turner Broadcasting System, Inc  identifying Corporate Parent AT&T Inc  for Turner Broadcasting System, Inc  (Latham, Robert) (Entered: 07/03/2019) |
| 07/03/2019 | 55 | CORPORATE DISCLOSURE STATEMENT filed by Vox Media, Inc  (Fuller, Marc) (Entered: 07/03/2019) |
| 07/09/2019 | 56 | ORDER OF DISMISSAL  Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Notice of Partial Dismissal (the "Notice") (Dkt  42 ), in which Plaintiff requests dismissal of all claims against Defendant Democratic National Committee  Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Democratic National Committee are hereby DISMISSED  Signed by District Judge Amos L  Mazzant, III on 7/9/2019  (baf, ) (Entered: 07/09/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/09/2019 14:57:17 | | |
| **PACER Login:** | SDLAW5224:3796488 5508491 | **Client Code:** | 110 01 CMH |
| **Description:** | Docket Report | **Search Criteria:** | 4:19-cv-00180-ALM-KPJ |
| **Billable Pages:** | 10 | **Cost:** | 1 00 |