# **EXHIBIT A**

| | |
|---|---|
| **From:** | Paul J. Skiermont |
| **To:** | Ty Clevenger; Christopher Hodge |
| **Subject:** | RE: Butowsky v. Gottlieb et al. - BSF Defendants Service of Rule 11 Notice & Motion |
| **Date:** | Wednesday, July 10, 2019 2:28:42 PM |

Mr. Clevenger – we intend to oppose.

Regards,

Paul

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Tuesday, July 09, 2019 10:36 PM
**To:** Paul J. Skiermont <pskiermont@skiermontderby.com>; Christopher Hodge <chodge@skiermontderby.com>
**Subject:** Re: Butowsky v. Gottlieb et al. - BSF Defendants Service of Rule 11 Notice & Motion

Mr. Skiermont,

I am planning to amend the complaint pursuant to FRCP 15, and I calendared the wrong date for a response to your MTD. The amended complaint is due within 21 days of your motion and will render your motion moot, therefore I intend to ask the court to extend the date of my response until the time for filing the amended complaint. Please let me know whether you intend to oppose. Thank you.

Ty Clevenger