**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD BUTOWSKY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:19-CV-00180-ALM-KPJ |
| MICHAEL GOTTLIEB, ET AL., | § | |
| | § | |
| Defendants. | § | |

**THE BAUMAN DEFENDANTS' AGREED MOTION TO WITHDRAW THEIR
MOTION TO DISMISS**

On July 1, 2019, Defendants Brad Bauman ("Mr. Bauman") and the Pastorum Group (the "Bauman Defendants") filed a Motion to Dismiss.  ECF No. 52.  On July 15, 2019, Plaintiff filed an Amended Complaint containing new allegations and causes of action against the Bauman Defendants.  ECF No. 62.  On July 17, 2019, counsel for the Bauman Defendants conferred with counsel for Plaintiff, coming to an agreement that the Bauman Defendants shall withdraw their Motion to Dismiss for the purpose of drafting a new responsive pleading and filing it on July 29, 2019.  *See* FED. R. CIV. P. 15(a)(3).  The Bauman Defendants hereby respectfully request the Court withdraw their pending Motion to Dismiss from the docket and set the Bauman Defendants' new deadline to file a responsive pleading on July 29, 2019.

This 17th day of July, 2019.  Respectfully submitted,

/s/ RJ Giglio
Andrew B. Ryan
State Bar Card No. 24054464
RJ Giglio
State Bar Card No. 24108016
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 780
Dallas, Texas 75219
Telephone: (214) 417-0076
Facsimile: (888) 594-6240
E-mail: andy@ryanlawpartners.com
E-mail: rj@ryanlawpartners.com

ATTORNEYS FOR THE BAUMAN DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, a true and correct copy of the foregoing document was served on counsel for all parties via the Court's e-filing system.

/s/ RJ Giglio
RJ Giglio

### CERTIFICATE OF CONFERENCE

I hereby certify that on July 17, 2019, I, the undersigned, conferred with counsel for Plaintiff and acquired his consent to file this motion.

/s/ RJ Giglio
RJ Giglio