**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No.: 4:19-cv-00180 |
| MICHAEL GOTTLIEB, et al., | § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the Agreed Motion to Withdraw The[] Motion to Dismiss filed by Defendants Brad Bauman and the Pastorum Group (the "Motion") (Dkt. 73). Upon consideration, the Motion (73) is **GRANTED**.

**IT IS THEREFORE ORDERED** the Motion to Dismiss filed by Defendants Brad Bauman and the Pastorum Group (Dkt. 52) is hereby **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Defendants Brad Bauman and the Pastorum Group's deadline to file a responsive pleading is **July 29, 2019**.

**IT IS SO ORDERED**.
**SIGNED this 18th day of July, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE