**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **EDWARD BUTOWSKY,** | § |
| Plaintiff, | § § § |
| v. | §   Civil Action No.: 4:19-cv-00180 |
| **MICHAEL GOTTLIEB, et al.,** | § § § |
| Defendants. | § |

**ORDER**

Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Motion for an Extension of Time (the "Motion") (Dkt. 70), in which Plaintiff requests an extension of his deadline to file an amended response to the Motion to Dismiss filed by Defendants Michael Gottlieb, Meryl Governsky, and Boies Schiller Flexner LLP (Dkt. 41). Plaintiff represents the Motion is opposed. *See* Dkt. 70.

**IT IS THEREFORE ORDERED** Defendants Michael Gottlieb, Meryl Governsky, and Boies Schiller Flexner LLP file a response to the Motion (Dkt. 70) **by July 22, 2019**.

**IT IS SO ORDERED**.
SIGNED this 18th day of July, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE