# Exhibit 3

NO. 380-01407-2013

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE | § § § | IN THE DISTRICT COURT |
| VS. | § § | 380th JUDICIAL DISTRICT |
| TY O. CLEVENGER | § § | COLLIN COUNTY, TEXAS |

## SETTLEMENT AND RULE 11 AGREEMENT

The parties herein, individually and by and through their attorneys, do hereby enter into the following agreement in full and satisfaction of all claims made, or that could be made, by either party in connection with the subject matter contained in the suit styled above: Ty Clevenger will accept a public reprimand for filing Erwin II in the Southern District of Texas before dismissing Erwin I in the Western District of Texas. Clevenger does not believe this was a disciplinary violation, but he will nonetheless accept the reprimand, pay $1,100 in attorney T.C. fees, and take 12 hours of additional Federal Continuing legal education courses. The Commission for Lawyer Discipline agrees to dismiss the 3.01 and 8.04(a)(1) T.C. claims that are part of its live pleadings or are known to the Commission at the time of this agreement. The dismissal of those claims

Signed and agreed to this 25th day of March, 2014.

_____     _____
For Plaintiff                                              For Defendant

_____     _____
Attorney for Plaintiff                                   Attorney for Defendant

Page 1 of 2

Continuation of that Rule 11 Agreement dated  3/25/2014   Cause # 380-01407-2013

shall be with prejudice. This case shall remain open until Clevenger completes all courses and pays all attorney fees due, and until discovery is completed in Maryland. Discovery in Maryland shall be deemed completed 30 days after the trial court in Maryland finally disposes of its case (i.e., Case No 29143M, Montgomery County Circuit Court). Clevenger shall pay the $1,100 in attorney fees ~~within 30 days after the Maryland case is closed~~ at the time the parties sign the Agreed Judgment. Clevenger shall complete all courses within 120 days of this agreement. ~~After~~ Mr. TC. ~~Clevenger has fulfilled his obligations pursuant to this agreement, the Commission shall dismiss its case within 30 days.~~ T.C. Non-suit Aff. The parties agree that the Commission shall file the amended pleadings that are attached to this agreement and shall make no further amendments in this case.

The Agreed Judgment shall be signed by the parties within 14-days of the Maryland Matter Concluding. T.C.

Page  1  of  2 

Plaintiff                                                              Defendant