# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, § § <br> Plaintiff, § § <br> v. §  Civil Action No.: 4:19-cv-00180 <br> § <br> MICHAEL GOTTLIEB, et al., § § <br> Defendants. § | |

## ORDER

Pending before the Court are the following motions:

1. Defendants Leonard A. Gail, Eli J. Kay-Oliphant, Suyash Agrawal, and Massey and Gail LLP's (collectively, "M&G Defendants") Unopposed Motion to Extend Time to File Response to Plaintiff Edward Butowsky's ("Plaintiff") Amended Complaint ("M&G Defendants' Motion to Extend") (Dkt. 77);

2. Defendants Turner Broadcasting System, Inc., Anderson Cooper, Gary Tuchman, Oliver Darcy, and Tom Kludt's (collectively, the "CNN Defendants") Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to First Amended Complaint ("CNN Defendants' Motion to Extend") (Dkt. 90); and

3. Plaintiff's Motion to Amend Complaint (Dkt. 91).

The Motion to Amend is opposed. *See* Dkt. 91. The deadlines sought to be extended by the M&G Defendants and CNN Defendants hinge on the date the Amended Complaint is filed. *See* Dkt. 77; Dkt. 90.

**IT IS HEREBY ORDERED** that all parties shall appear telephonically for a status conference on this case. Counsel for all parties shall appear telephonically on **Wednesday, July**

**31, 2019, at 3:00 p.m.** The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 2:55 p.m.

**IT IS HEREBY ORDERED** that all deadlines to respond to the Amended Complaint and the pending Motions to Dismiss are suspended pending the telephonic hearing. For the clarity of the record, the Court will set deadlines to respond at that time.

**IT IS THEREFORE ORDERED** that the M&G Defendant's Motion to Extend (Dkt. 77) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the CNN Defendants' Motion to Extend (Dkt. 90) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.
**SIGNED this 25th day of July, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE