**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD BUTOWSKY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:19-CV-00180-ALM-KPJ |
| MICHAEL GOTTLIEB, ET AL., | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR THE BAUMAN DEFENDANTS**

Attorney RJ Giglio ("Mr. Giglio") hereby moves to withdraw as counsel for Defendants Brad Bauman and the Pastorum Group (the "Bauman Defendants"). Mr. Giglio has recently been hired as a clerk for a federal district judge beginning on September 16, 2019, and thus must withdraw from all cases. Ryan Law Partners LLP ("Counsel") shall remain the Bauman Defendants' attorneys of record for all proceedings in this case, with attorney Andrew B. Ryan remaining lead counsel. Counsel respectfully requests all future notices from the Court and counsel for Plaintiff, including all filings with the Court, be sent exclusively to attorney Andrew B. Ryan (andy@ryanlawpartners.com). Counsel respectfully requests Mr. Giglio be removed as counsel of record and no longer receive communications from the Court or opposing counsel regarding the case. Counsel for Plaintiff does not oppose this motion.

This 10th day of September, 2019.    Respectfully submitted,

/s/ RJ Giglio
Andrew B. Ryan
State Bar Card No. 24054464
RJ Giglio
State Bar Card No. 24108016
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 780
Dallas, Texas 75219
Telephone: (214) 347-7377
Facsimile: (888) 594-6240
E-mail: andy@ryanlawpartners.com
E-mail: rj@ryanlawpartners.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, a true and correct copy of the foregoing document was served on counsel for Plaintiff by email.

/s/ RJ Giglio
RJ Giglio

## CERTIFICATE OF CONFERENCE

On September 10, 2019, I conferred with counsel for Plaintiff and he does not oppose this motion.

/s/ RJ Giglio
RJ Giglio