**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **EDWARD BUTOWSKY,** | § |
| **Plaintiff,** | § § § |
| v. | §   CASE NO.  4:19-CV-00180-ALM-KPJ |
| **MICHAEL GOTTLIEB,** *et al.*, | § § § |
| **Defendants.** | § |

**ORDER**

Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Unopposed Motion for Extension of Time to respond to Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner, LLP's (together, "BSF Defendants") Motion for Rule 11 Sanctions (the "Motion") (Dkt. 163).

Upon consideration, Plaintiff's Motion (Dkt. 163) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's deadline to respond to BSF Defendants' Motion for Sanctions (Dkt. 156) is hereby extended to **October 25, 2019**.

**So ORDERED and SIGNED this 17th day of October, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE