IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>      Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>      Defendants | Case No. 4:19-cv-180 |

## NOTICE OF PARTIAL DISMISSAL

NOW COMES Edward Butowsky, the Plaintiff, giving notice that he hereby dismisses his claims against Defendants Michael L. Murphy, Gregory Y. Porter, Bailey & Glasser LLP, Brad Bauman, The Pastorum Group, Leonard A. Gail, Eli J. Kay-Oliphant, Suyash Agrawal, and Massey & Gail LLP  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) insofar as no answers and no motions for summary judgment have been filed on behalf of any of the foregoing Defendants.  The Plaintiff does not dismiss his claims against any other Defendants.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

- 2 -

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was filed electronically with the Court's ECF system on October 23, 2019, which should result in automatic notification to all counsel of record.

                                             **/s/ Ty Clevenger**
                                             Ty Clevenger