# Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 5 - 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AARON RICH

Plaintiff,

v.

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon

EDWARD BUTOWSKY,
MATTHEW COUCH, and
AMERICA FIRST MEDIA,

Defendants.

## [JOINT] SCHEDULING ORDER

IT IS HEREBY ORDERED that the following Scheduling Order is entered, subject to

the rights of the parties to seek modification of the schedule:

| | |
|---|---|
| Close of Fact Discovery | January 27, 2020 |
| Opening Expert Reports | February 10, 2020 |
| Rebuttal Expert Reports | February 24, 2020 |
| Close of Expert Discovery | March 2, 2020 |
| Summary Judgment and *Daubert* Motions | March 16, 2020 |
| Opposition to Summary Judgment and *Daubert* Motions | April 13, 2020 |
| Reply in Support of Summary Judgment and *Daubert* Motions | April 27, 2020 |

Pre-Trial Conference

May 26, 2020, or as soon as the
Court can accommodate the parties

Trial Begins

June 8, 2020, or as soon as the Court
can accommodate the parties

**SO ORDERED.**

Dated: 8/29/19

THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

2