# Exhibit 7

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 24, 2018

**Sent Via CMRRR#: 70180680000063675038**

Ty Clevenger
PO Box 20753
Brooklyn, NY  11202-0753

Re:  201805425 - Michael J Gottlieb - Ty  Clevenger

Dear Mr. Clevenger

The Office of Chief Disciplinary Counsel has received the above-referenced Grievance, a copy of which is enclosed with this notice.  This office has examined the Grievance and determined that the information provided alleges Professional Misconduct.  Pursuant to the Texas Rules of Disciplinary Procedure, this matter has been classified as a Complaint.

If you are represented by an attorney for this Complaint, please notify this office immediately and ask your attorney to send us a letter of representation.

You must furnish to this office a written response to the Complaint within thirty (30) days of receipt of this notice.  The response should address specifically each allegation contained in the Complaint, and should further provide all information and documentation necessary for a determination of Just Cause as defined in the Texas Rules of Disciplinary Procedure.

**You may mail your response to this office but the preferred method for you to deliver your response and documentation to our office is in PDF digital format.  Please email the response and supporting documents to auscdcresponses@texasbar.com.  If you are including a large number of documents, over 25MB of information, please either download the supporting documents to a flash drive and mail the flash drive to this office or send the documents attached to multiple emails.**

**Pursuant to Rule 2.10 of the Texas Rules of Disciplinary Procedure, you are required to provide a copy of your response directly to the Complainant.**

**Pursuant to Rules 8.01(b) and 8.04(a)(8) of the Texas Disciplinary Rules of Professional Conduct, failure or refusal to timely furnish a response or other information requested by the Chief Disciplinary Counsel, without timely asserting legal grounds to do so, constitutes Professional Misconduct.**

P. O. Box 12487, Austin, TX 78711, (512) 427-1350, (877) 953-5535, fax: (512) 427-4167

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure, except that the pendency, subject matter, and status of a Disciplinary Proceeding may be disclosed by the Chief Disciplinary Counsel if the Respondent has waived confidentiality or the Disciplinary Proceeding is based upon conviction of a serious crime. The Chief Disciplinary Counsel may provide appropriate information, including the response, to law enforcement agencies, under Rule 6.08 of the Texas Rules of Disciplinary Procedure.

You will be notified in writing of further proceedings in this matter.

Sincerely,

*[signature]*

George E. Uthe
Investigator

GEU/aa

Enclosure(s):   Grievance (**Copy of Complaint**)
                    Copy of Complainant Notice

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 24, 2018

Michael J Gottlieb
1401 New York Avenue
Washington, DC 20005

Re: 201805425 - Michael J Gottlieb -Ty Clevenger

Dear Mr. Gottlieb:

The Office of Chief Disciplinary Counsel of the State Bar of Texas has reviewed the above-referenced grievance and determined that the information provided alleges Professional Misconduct or a Disability, or both. The lawyer will be provided a copy of your Complaint, directed to file a response, and provide you a copy of the response within thirty (30) days of receiving notice of the Complaint.

After receipt of the lawyer's written response, the Office of Chief Disciplinary Counsel shall investigate the Complaint to determine whether there is Just Cause to believe that the lawyer has committed Professional Misconduct or suffers from a Disability. During this time it is important that you keep us informed of any changes to your address, telephone number, or employment, and that you cooperate fully with our investigation. You will be notified in writing of further proceedings in this matter.

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure.

Sincerely,

George E. Uthe
Investigator

GEU/aa

Cc: Mr. Ty Clevenger