IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>        Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>        Defendants | Case No. 4:19-cv-00180-ALM-kpj |

## AMENDED MOTION TO STRIKE

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to strike certain portions of his SECOND AMENDED COMPLAINT ("SAC"):

The Plaintiff moves the Court to strike the following sentence from Paragraph 96 of the SAC pending further discovery: "The Plaintiff alleges that [Defendant Governski] enlisted the CNN Defendants in the larger scheme to defame and discredit Mr. Butowsky with false allegations." The undersigned conferred with counsel for the Defendants, and they do not oppose this request.

                                          Respectfully submitted,

                                          **/s/ Ty Clevenger**
                                          Ty Clevenger
                                          Texas Bar No. 24034380
                                          P.O. Box 20753
                                          Brooklyn, New York 11202-0753
                                          (979) 985-5289
                                          (979) 530-9523 (fax)
                                          *tyclevenger@yahoo.com*

                                          **Attorney for Plaintiff Edward Butowsky**

- 2 -

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on October 31, 2019, which should result in automatic notification to all counsel of record.

/s/ Ty Clevenger
Ty Clevenger

## CERTIFICATE OF CONFERENCE

On October 21, 2019, I sent an email to all counsel of record asking if the Defendants would oppose this motion. None of the Defendants have expressed opposition to this motion.

/s/ Ty Clevenger
Ty Clevenger