IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>  Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>  Defendants | Case No. 4:19-cv-180 |

# NOTICE OF NON-OPPOSITION

NOW COMES Edward Butowsky, the Plaintiff, giving notice that he does not oppose the dismissal of his civil rights claims against Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP ("BSF Defendants") as they requested in the MOTION TO DISMISS AND SUPPORTING MEMORANDUM FOR DEFENDANTS GOTTLIEB, GOVERNSKI, AND BOIES SCHILLER FLEXNER LLP (Doc. No. 41), provided that the claims are dismissed without prejudice. The relevant claims are found in Paragraphs 120-122 of the SECOND AMENDED COMPLAINT.

  Respectfully submitted,

  **/s/ Ty Clevenger**
  Ty Clevenger
  Texas Bar No. 24034380
  P.O. Box 20753
  Brooklyn, New York 11202-0753
  (979) 985-5289
  (979) 530-9523 (fax)
  *tyclevenger@yahoo.com*

  **Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF CONFERENCE

      I certify that I conferred with Paul Skiermont, counsel for the BSF Defendants, via an extended email discussion between October 22, 2019 and October 28, 2019 regarding the foregoing notice. The BSF Defendants do not oppose the non-opposition, but they contend that the civil rights claims should be dismissed with prejudice.

                                              **/s/ Ty Clevenger**
                                              Ty Clevenger

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was filed electronically with the Court's ECF system on October 31, 2019, which should result in automatic notification to all counsel of record.

                                              **/s/ Ty Clevenger**
                                              Ty Clevenger