Exhibit 2

## Ty Clevenger

*P.O. Box 20753*
*Brooklyn, New York 11202-0753*

telephone: 979.985.5289                                                      tyclevenger@yahoo.com
facsimile:  979.530.9523                                                      Texas Bar No. 24034380


July 3, 2019


Mr. Joseph D. Brown, United States Attorney
Eastern District of Texas
One Grand Centre
600 East Taylor Street, Suite 2000
Sherman, Texas 75090

*Via  facsimile*
(903) 892-2792 and (972) 509-1209


      Re:    *Edward Butowsky v. David Folkenflik, et al.*, Case No. 4:18-cv-00442-
                ALM (E.D. Tex.) and *Edward Butowsky v. Michael Gottlieb, et al.*, Case
                No. 4:19-cv-00180-ALM-KPJ (E.D. Tex.)

Mr. Brown:

      I represent Edward Butowsky in both of the cases identified above, and I have
attached two subpoenas that will likely be served next week. Pursuant to *United
States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), I write to request that the Federal
Bureau of Investigation release the items and things requested in the subpoenas duces
tecum.

      The requested items and things are directly relevant to the claims in both cases, as
well as a third case pending against Mr. Butowsky in the District of the District of
Columbia.

      Thank you for your attention to these matters.

Sincerely,


Ty Clevenger