# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,** | |
| Plaintiff, | |
| v. | Case No. 4:19-cv-180 |
| **Michael Gottlieb, et al.,** | |
| Defendants | |

## ORDER

The Plaintiff's MOTION TO COMPEL FEDERAL BUREAU OF INVESTIGATION TO COMPLY WITH SUBPOENA DUCES TECUM (Doc. No. 160) is now before the Court. The Court concludes that the motion should be GRANTED, and that the Federal Bureau of Investigation should fully comply with the subpoena duces tecum served by the Plaintiff.

It is SO ORDERED.