IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>    Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>    Defendants | Case No. 4:19-cv-00180-ALM-kpj |

**AMENDED MOTION TO STRIKE**

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to strike certain portions of his SECOND AMENDED COMPLAINT ("SAC"):

The Plaintiff moves the Court to strike the following sentence from Paragraph 96 of the SAC pending further discovery: "The Plaintiff alleges that [Defendant Governski] enlisted the CNN Defendants in the larger scheme to defame and discredit Mr. Butowsky with false allegations." The undersigned conferred with counsel for the Defendants, and they do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF SERVICE

 I certify that a copy of this document was filed electronically with the Court's ECF system on November 21, 2019, which should result in automatic notification to all counsel of record.

              **/s/ Ty Clevenger**
              Ty Clevenger

## CERTIFICATE OF CONFERENCE

 I certify that I conferred with counsel for all of the Defendants via email and/or telephone regarding the motion above as required by Local Rule CV-7(h), and they indicated that none of the Defendants are opposed to the motion.

              **/s/ Ty Clevenger**
              Ty Clevenger