# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CASE NO.  4:19-CV-00180-ALM-KPJ |
| § | |
| MICHAEL GOTTLIEB, *et al.*, § | |
| § | |
| **Defendants.** | |

## ORDER

It is hereby **ORDERED** that the Rule 16 Scheduling Conference set on December 11, 2019 (*see* Dkt. 166), is hereby **CANCELLED**.

**So ORDERED and SIGNED this 10th day of December, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE