**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **EDWARD BUTOWSKY,**<br><br>      Plaintiff,<br><br>vs.<br><br>**MICHAEL GOTTLIEB, et al.,**<br><br>      Defendants | Case No. 4:19-CV-00180 |

**AMENDED JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order of December 12 (Doc. 185), Plaintiff Edward Butowsky and Defendants Cable News Network, Inc., Anderson Cooper, Gary Tuchman, Oliver Darcy, Tom Kludt, The New York Times Company, Alan Feuer, Vox Media, Inc., and Jane Coaston submit the attached Amended Joint Proposed Scheduling Order.

The BSF Defendants are unable to join in this proposed scheduling order because in the first filed litigation in D.C., Mr. Butowsky has requested a stay of discovery for 120 days based on his health condition, and we do not believe that he should be allowed to move his plaintiff case forward while seeking to stay his defense-side case in its tracks. We are also unsure, given his health status, whether Mr. Butowsky could move this case forward or be available for discovery before deadlines in this case arise that would require Mr. Butowsky's availability for discovery. Additionally, the BSF Defendants would ask for a longer schedule than other defendants because the BSF Defendants would be unable to effectively brief, for example, a motion to transfer before the Court resolves the BSF Defendants' Motions to Dismiss on First to File Grounds and on Personal Jurisdictional Grounds.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
979-985-5289
979-530-9523 (fax)
tyclevenger@yahoo.com

*Counsel for Plaintiff Edward Butowsky*

By: */s/ Marc A. Fuller*
Thomas S. Leatherbury
State Bar No. 12095275
Marc A. Fuller
State Bar No. 24032210
Megan M. Coker
State Bar No. 24087323
Devin L. Kerns
State Bar No. 24110081
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7792
tleatherbury@velaw.com
mfuller@velaw.com
megancoker@velaw.com
dkerns@velaw.com

*Attorneys for Defendants New York Times Company, Alan Feuer, Vox Media, Inc. and Jane Coaston*

/s/ *Robert P. Latham*
**Robert P. Latham**
State Bar No. 11975500
blatham@jw.com
**Jamison M. Joiner**
State Bar. No. 24093775
jjoiner@jw.com
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

**ATTORNEYS FOR CNN DEFENDANTS**


By: */s/  Steven J. Udick*
Paul J. Skiermont (TX Bar No. 24033073)
Steven J. Udick (TX Bar No. 24079884)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
sudick@skiermontderby.com

*Attorneys for Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP*