# Exhibit 3

## Activity in Case 1:18-cv-01568-LB Clevenger v. U.S. Department Of Justice et al Scheduling Order

From: ecf_bounces@nyed.uscourts.gov

To: nobody@nyed.uscourts.gov

Date: Tuesday, February 4, 2020, 03:49 PM EST

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/4/2020 at 3:48 PM EST and filed on 2/4/2020

**Case Name:** Clevenger v. U.S. Department Of Justice et al
**Case Number:** [1:18-cv-01568-LB](...)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Although there is a fully-briefed summary judgment motion *sub judice*, plaintiff moves the Court for an order directing the FBI to produce unredacted copies of the emails attached to defendants' ECF No. [52] letter and an order directing the FBI to produce Mr. Hardy for a deposition. ECF No. [53]. Defendants' counsel shall respond to plaintiff's motion by February 10, 2020. The Court shall hold a telephone conference on February 12, 2020 at 9:00 a.m. Defendants' counsel is requested to arrange and initiate the conference call. After establishing contact with plaintiff, defendants' counsel shall call the Court at (718) 613-2170. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least forty-eight (48) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 2/4/2020. (Burks, Jory)**

**1:18-cv-01568-LB Notice has been electronically mailed to:**

Kathleen Anne Mahoney    Kathleen.Mahoney@usdoj.gov, caseview.ecf@usdoj.gov

Ty Clevenger    tyclevenger@yahoo.com

**1:18-cv-01568-LB Notice will not be electronically mailed to:**