# TY CLEVENGER
P.O. Box 20753
Brooklyn, New York 11202

*telephone: 979.985.5289*  *tyclevenger@yahoo.com*
*facsimile:  979.530.9523*  *Texas Bar No. 24034380*

November 2, 2019

Mr. Paul Skermont, Partner
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201

   Re: *Conspiracyland* podcast

Mr. Skiermont:

  I write on behalf of Ed Butowsky pursuant to TEXAS CIV. PRAC. & REM. CODE §73.055 to request a correction or retraction from Meryl Governski and Boies Schiller Flexner LLP.  In Episode 6 of the *Conspiracyland* podcast published by Yahoo!News, Michael Isikoff discussed statements by Mr. Butowsky and Matt Couch suggesting that Aaron Rich played a role in leaking Democratic National Committee emails, and he indicated that it was unclear why they were making such statements.

  Immediately thereafter, Mr. Isikoff played audio of an interview wherein Ms. Governski is heard to say: "There is no factual place where that is coming from. This is a contrived story about Aaron... So the key lies they're making about Aaron is that he worked with Seth to download these materials from the DNC, that Aaron personally receved money from Wikileaks in exchange for the data from the DNC, that Aaron is covering up both his role in downloading the DNC data and in the murder of his brother. And these are all false. No truth to any of those statements."

  Mr. Butowsky has never accused Aaron Rich of having any role in the murder of his brother, much less covering it up. Furthermore, Mr. Butowsky has not "contrived" anything, nor has he told "lies" about Mr. Rich. Instead, he relied on statements from Julian Assange regarding Mr. Rich's role in the data transfers.

  Please let me know at your earliest opportunity whether Ms. Governski intends to correct or retract the foregoing false statements. Thank you for your consideration.

  Sincerely,

  */s/ Ty Clevenger*

  Ty Clevenger