

PAUL J. SKIERMONT
214.978.6604
pskiermont@skiermontderby.com

1601 Elm Street
Suite 4400
Dallas, Texas 75201
T: + 214.978.6600
F + 214.978-6601

skiermontderby.com

November 7, 2019

<u>*VIA EMAIL*</u>
Ty Clevenger
P.O. Box 20753
Brooklyn, NY 11202

    **Re:**    *Conspiracyland* podcast

Mr. Clevenger:

    We are in receipt of your November 2, 2019 letter that relates to a third party's publication of prior statements made by Ms. Governski.  As we have previously and repeatedly stated in letters and in motions—Ms. Governski's statements are privileged as a matter of law and truthful.  Her statements were clearly made in reference to the D.C. litigation and are almost *verbatim* of the allegations set forth in paragraph 1 of the complaint in that litigation. Your letter makes claims that are as equally as frivolous as those within the complaint, and Mr. Governski declines to issue any retraction.  We believe any pursuit of these claims in litigation would be sanctionable for the same reasons we have stated in our briefing and correspondence.

          Sincerely,

          */s/ Paul J. Skiermont*

          Paul J. Skiermont