# TY CLEVENGER
P.O. Box 20753
Brooklyn, New York 11202-0753

*telephone: 979.985.5289*                                                                                            *tyclevenger@yahoo.com*
*facsimile: 979.530.9523*                                                                                              Texas Bar No. 24034380

February 18, 2020

The Honorable Kimberly Priest Johnson
United States Magistrate Judge
Eastern District of Texas
7940 Preston Road, Suite 110
Plano, Texas 75024

<u>Via ECF</u>

      Re:   *Edward Butowsky v. Michael Gottlieb, et al.*, Case No. 4:19-cv-00180-ALM-kpj (E.D. Tex.) *and Edward Butowsky v. Douglas H. Wigdor, et al.*, Case No. 4:19-cv-00577-ALM-kpj (E.D. Tex.)

Judge Johnson:

      I write regarding the March 31, 2020 scheduling conferences in the cases identified above. I was previously scheduled to present oral argument that day in *Rodrick Jackson v. City of Hearne, Texas, et al*, 19-50663, before the U.S. Court of Appeals for the Fifth Circuit, and I respectfully request that the conferences be scheduled for another date.

      Thank you in advance for your consideration.

      Respectfully,

      */s/ Ty Clevenger*

      Ty Clevenger

cc: Counsel of record