**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **EDWARD BUTOWSKY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  4:19-CV-00180-ALM-KPJ |
| | § | |
| **MICHAEL GOTTLIEB,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

**IT IS HEREBY ORDERED** that counsel for all parties shall appear telephonically on **Tuesday, March 3, 2020, at 1:30 p.m.**, for a status conference regarding the parties' pending motions and Plaintiff's request to supplement his Complaint. The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 1:25 p.m.

 So ORDERED and SIGNED this 2nd day of March, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE