# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Edward Butowsky, in his personal and professional capacities,<br><br>                  Plaintiff,<br>   v.<br><br>Michael Gottlieb, *et al.*,<br><br>                  Defendants. | Case No. 4:19-cv-00180-ALM-KPJ |

## DEFENDANTS GOTTLIEB, GOVERNSKI AND BOIES SCHILLER FLEXNER LLP'S UNOPPOSED MOTION FOR CONTINUANCE OF THE COURT'S MARCH 3, 2020 TELECONFERENCE

Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP (the "BSF Defendants") respectfully submit this Unopposed Motion for Continuance of the Court's Telephonic Status Conference scheduled for March 3, 2020 at 1:30 before Magistrate Judge Kimberly C. Priest Johnson. The Court issued an Order setting the conference on the morning of March 2, 2020 at 10:24 a.m. (Dkt. No. 199.)

Good cause exists for a continuance of the Status Conference because the BSF Defendants' lead counsel of record, Paul Skiermont and Steven Udick of Skiermont Derby LLP, are currently in the United States District of Delaware for trial in another matter. The trial is expected to last the remainder of the week of March 2, 2020. Therefore, the BSF Defendants seek a continuance of the Court's Status Conference to March 9, 2020 or any date after. This continuance is not sought for the purpose of delay, and no party will be prejudiced by the brief continuance.

The BSF Defendants have conferred with Plaintiff and the other Defendants in this action, and they have indicated that they do not oppose the relief request.

Accordingly, the BSF Defendants respectfully request that the Court continue the Telephonic Status Conference from March 3, 2020 to March 9, 2020, or any such date thereafter that is convenient for the Court.

Dated: March 2, 2020

*/s/ Steven J. Udick*

SKIERMONT DERBY LLP
Paul J. Skiermont (TX Bar No. 24033073)
Steven J. Udick (TX Bar No. 24079884)
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
sudick@skiermontderby.com

***Attorneys for Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP***

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, a true and correct copy of the foregoing document was served on all parties of record via the Court's ECF filing system.

*/s/ Steven J. Udick*

# CERTIFICATE OF CONFERENCE

I certify that on March 2, 2020, I conferred with counsel for Plaintiff and all other Defendants via email and they indicated that they do not oppose this motion.

*/s/ Steven J. Udick*