**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **EDWARD BUTOWSKY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-00180-ALM-KPJ |
| | § | |
| **MICHAEL GOTTLIEB,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court is Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP's (together, the "BSF Defendants") Unopposed Motion for Continuance of the Court's March 3, 2020 Teleconference (the "Motion") (Dkt. 200). In the Motion, the BSF Defendants request that the Court reschedule the telephone conference set for March 3, 2020, to March 9, 2020, as the BSF Defendants' lead counsel has a conflict. *See* Dkt. 200 at 2. However, due to the large number of parties in this case and the Court's schedule, the Court cannot move the hearing to next week. It is not required that lead counsel appear for this hearing.

Upon consideration, the Court finds that the Motion (Dkt. 200) is hereby **DENIED**.

**IT IS THEREFORE ORDERED** that counsel for all parties shall appear telephonically on **Tuesday, March 3, 2020, at 1:30 p.m.,** as previously ordered by the Court. *See* Dkt. 199.

**So ORDERED and SIGNED this 3rd day of March, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE