# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:19-CV-00180-ALM-KPJ |
| MICHAEL GOTTLIEB, *et al.*, | § § § | |
| Defendants. | | |

## ORDER

Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Unopposed Motion to Modify Order (the "Motion") (Dkt. 177).

Upon consideration, the Court finds that the Motion (Dkt. 177) is hereby **DENIED**.

**So ORDERED and SIGNED this 3rd day of March, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE