IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  4:19-CV-00180-ALM-KPJ |
| | § | |
| MICHAEL GOTTLIEB, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On March 3, 2020, the Court held a status conference (the "Hearing") regarding the parties' pending motions and Plaintiff Edward Butowsky's ("Plaintiff") request to amend his Amended Complaint (Dkt. 101). *See* Docket Entry on March 3, 2020. For the reasons stated on the record at the Hearing, the Court **ORDERS** the following:

**IT IS HEREBY ORDERED** that Plaintiff's Amended Motion to Strike (Dkt. 180) and Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. 192) are **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall file an amended complaint with the amendments discussed at the Hearing **by March 11, 2020**. As stated on the record, no further amendments to Plaintiff's complaint will be allowed until any pending motions to dismiss are resolved.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (Dkts. 104, 105, 107, 108, 109, 110, 112, 114) are hereby **DENIED AS MOOT**, as the Court will address Rule 12 motions as to the live pleadings only.

**IT IS FURTHER ORDERED** that Defendants shall refile any motion to dismiss Plaintiff's amended complaint **by April 1, 2020**. Defendant Vox Media, Inc. ("Vox") shall include with its motion to dismiss for lack of jurisdiction the jurisdictional evidence pertaining to Vox's Texas employees as discussed at the Hearing. Plaintiff shall file a response to all refiled motions to

dismiss **by May 1, 2020**. Defendants shall file a reply in support of their refiled motions to dismiss, if any, **by May 8, 2020**. As discussed at the Hearing, no extensions to this briefing schedule will be granted absent extenuating circumstances.

**IT IS FURTHER ORDERED** that the parties shall appear for oral argument before the undersigned regarding the Defendants' refiled motions to dismiss on **May 21, 2020, at 9:30 a.m.**, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas, 75024.

**IT IS FURTHER ORDERED** that Plaintiff and Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP's Joint Motion to Stay Discovery (Dkt. 175) is **GRANTED**. As discussed at the Hearing, discovery is **STAYED** until the resolution of all Defendants' refiled motions to dismiss.

**IT IS FURTHER ORDERED** that Plaintiff's Unopposed Motion to Reschedule Hearing (Dkt. 196) is **GRANTED**. If any claims remain after resolution of Defendants' refiled motions to dismiss, the Court will reschedule the parties' Rule 16 Management Conference at that time.

**So ORDERED and SIGNED this 4th day of March, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE