**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| EDWARD BUTOWSKY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE NO.  4:19-CV-00180-ALM-KPJ |
| | § |
| MICHAEL GOTTLIEB, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Pending before the Court is Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP's (the "BSF Defendants") Notice of Supplemental Authority (the "Notice") (Dkt. 203).

**IT IS HEREBY ORDERED** that counsel for Plaintiff Edward Butowsky and the BSF Defendants shall appear telephonically on **Tuesday, March 10, 2020, at 2:00 p.m.**, to discuss the Notice. The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 1:55 p.m.

So ORDERED and SIGNED this 6th day of March, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE