# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ED BUTOWSKY, *and* )<br>MATTHEW COUCH, *and* )<br>AMERICA FIRST MEDIA, )<br>)<br>    Defendants. ) | Civil Case No. 18-681 (RJL) |

### ORDER

March 26th, 2020

Fact discovery is set to close in this case on March 27, 2020. Due to the ongoing health crisis, the parties agree that a reasonable stay is warranted. They disagree, however, on whether discovery should be extended when the stay is lifted. The Court held an in-chambers teleconference on March 19, 2020 to discuss the parameters of a possible stay. Based on that discussion, the parties' pleadings, and the relevant record, it is hereby

**ORDERED** that on March 27, 2020, the parties shall each submit a list of ***all*** outstanding document requests, document subpoenas, or deposition subpoenas ("discovery requests"). The submissions should include the party's rationale for each discovery request and state why that request should be honored after the close of discovery, when the stay is lifted. The Court will evaluate these submissions and issue an order either permitting or

prohibiting the parties from pursuing these outstanding requests beyond the discovery period. It is further

**ORDERED** that after March 27, 2020, *__no__* other discovery requests will be permitted. The parties' March 27, 2020 submissions will be the *__final__* list of possible document requests, document subpoenas, and deponents in this litigation. It is further

**ORDERED** that on March 27, 2020, this litigation will be stayed 45 days due to the ongoing health crisis. However, after the Court rules on the parties' March 27, 2020 submissions, the parties shall take the necessary steps to effect service of any court-approved deposition subpoenas during the stay period.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge