## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**Edward Butowsky,**

     Plaintiff,

**v.**

**Michael Gottlieb, et al.,**

     Defendants

**Case No. 4:19-cv-00180-ALM-kpj**

## OBJECTION

NOW COMES Edward Butowsky, the Plaintiff, objecting to U.S. District Judge Richard J. Leon's continued interference in this case:

In the PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS GOTTLIEB, GOVERNSKI, AND BOIES SCHILLER FLEXNER LLP REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION (Doc. No. 215), the Plaintiff indicated that he would separately file an objection to Judge Leon's attempts to steer the outcome of this case, and he does so herein.  With this objection, the Plaintiff incorporates by reference a judicial misconduct complaint filed by his attorney, Ty Clevenger, against Judge Leon.  A true and correct copy of that complaint is attached as Exhibit 1.

"The federal courts long have recognized that the principle of comity requires federal district courts—courts of coordinate jurisdiction and equal rank—to exercise care to avoid interference with each other's affairs." *W. Gulf Mar. Ass'n v. ILA Deep Sea Local*

*24, S. Atl. & Gulf Coast Dist. of ILA, AFL-CIO*, 751 F.2d 721, 728 (5th Cir. 1985), citing

*Kerotest Mfg. Co. v. C-O-Two Fire Equipment Co.*, 342 U.S. 180, 72 S.Ct. 219, 96 L.Ed.

200 (1952) and *Covell v. Heyman*, 111 U.S. 176, 182, 4 S.Ct. 355, 358, 28 L.Ed. 390

(1884). The Plaintiff does not dispute the general proposition that judges can

communicate with one another, certainly on first-to-file issues, and he normally would

not object to Judge Leon's communications with this Court.  Judge Leon, however, has

repeatedly tried to coerce the Plaintiff into dismissing his claims against the BSF

Defendants, and now he is offering his unsolicited "guidance" on how this Court should

deal substantively with the Plaintiff's claims least he issue an anti-suit injunction.  The

Plaintiff contends that this is improper, and he objects accordingly.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was filed electronically with the Court's ECF system on March 31, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger