# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>    Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>    Defendants | **Case No. 4:19-cv-00180-ALM-kpj** |

## NOTICE OF ANTI-SUIT INJUNCTION

NOW COMES Edward Butowsky, the Plaintiff, notifying the Court that the U.S. District Court for the District of Columbia enjoined his claims against Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP. A copy of the order is attached.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

- 2 -

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on March 31, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger