IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § § § | |
| *Plaintiff* | § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-0180-ALM-KPJ |
| MICHAEL GOTTLIEB, et al., | § § | |
| *Defendants* | § | |

## SUPPLEMENTAL DECLARATION OF ANDERSON COOPER IN SUPPORT OF THE CNN INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

I, Anderson Cooper, make this Supplemental Declaration under penalty of perjury under the laws of the United States:

1. My name is Anderson Cooper. I am over the age of eighteen, am of sound mind, and am otherwise fully competent to make this Declaration to supplement my previous Declaration in this matter. The facts stated in this Declaration are within my personal knowledge, and are true and correct.

2. I am making this Supplemental Declaration in support of the CNN Individual Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, and without waving any of the defenses in that Motion or in the CNN Defendants' Motion to Dismiss for Failure to State a Claim.

3. I have an appearance scheduled in Texas on October 25, 2019. It is entitled "AC$^2$ – An Intimate Evening With Anderson Cooper and Andy Cohen." It is part of an eleven city tour during which we have one stop in Texas for one night. It does not relate in any way to Edward

Butowsky. It is not for the purpose of reporting on any matter in Texas and I am not appearing in my capacity as a reporter or employee of CNN.

4. Our $AC^2$ tour made previous stops in Texas in 2016 and 2017. They also were part of multi-city tours and were not in my capacity as a reporter for CNN, nor did they relate in any way to Edward Butowsky or the allegations in this lawsuit.

5. AT&T has flown me to Texas twice to speak at a conference. On each occasion, I was on the ground in Texas for only a few hours. Those appearances did not in any way relate to Edward Butowsky or the allegations in this lawsuit.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 20 day of August, 2019.

Anderson Cooper