# Exhibit 1

# TY CLEVENGER
P.O. Box 20753
Brooklyn, New York 11202

telephone: 979.985.5289
facsimile:  979.530.9523

tyclevenger@yahoo.com
Texas Bar No. 24034380

April 8, 2020

The Hon. Sri Srinivasan, Chief Judge
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue N.W.
Washington, D.C. 20001

   Re: *Misconduct Complaint against Senior District Judge Richard J. Leon*

Chief Judge Srinivasan:

  I write to correct two mistakes in my judicial misconduct complaint against Senior District Judge Richard J. Leon. On the sixth page of the addendum to the complaint form, I indicated that Judge Leon brought a copy of a blog post to a conference, and I misattributed that information to Eden Quainton. The information actually comes from a hearing transcript (http://lawflog.com/wpcontent/uploads/2020/03/2020.03.12-Exhibit-1-Transcript-excerpt.pdf), and there is no indication that Judge Leon brought a copy of the blog post to that hearing.

  On the third page of the addendum, I cited Mr. Quainton for the proposition that Judge Leon called Matt Couch an "Arkansas couch potato."  In retrospect, I believe the information originally came from Mr. Couch, and I have since learned that Judge Leon made no reference to Arkansas in that phrase. As I recall, I later raised the issue with Mr. Quainton during a general discussion about procedural fairness for the Defendants in the *Rich v. Butowsky* matter, one of whom is a mutual client.  Mr. Quainton acknowledged the conversation and expressed concern about bias towards Mr. Couch.  However, neither Mr. Couch nor Mr. Quainton authorized me to disclose my conversations with them publicly.

  I apologize for the mistakes in the complaint form.

  Sincerely,

  *[signature]*

  Ty Clevenger