IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,** in his personal and professional capacities,<br><br>        Plaintiff,<br><br>    v.<br><br>**Michael Gottlieb,** *et al.*,<br><br>        Defendants. | **Case No. 4:19-cv-00180-ALM-KPJ** |

**THIRD NOTICE OF SUPPLEMENTAL AUTHORITY BY
DEFENDANTS GOTTLIEB, GOVERNSKI AND BOIES SCHILLER FLEXNER LLP**

On March 4 and 12, 2020, Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP (the "BSF Defendants") filed two Notices of Supplemental Authority informing the Court of statements made by Judge Richard Leon of the first-filed court, *Rich v. Butowsky, et al.*, No. 18-681 (RJL) (D.D.C.), during a status conference that was being held at same time as this Court's status conference on March 3, 2020. [Dkt. No. 203.]

On March 31, 2020, Plaintiff filed a Notice of Anti-Suit Injunction (Dkt. No. 218) informing the Court that the first-filed court granted the anti-suit injunction filed by the BSF Defendants, in the case *Rich v. Butowsky, et al.*, No. 18-681 (RJL) (D.D.C.).

The BSF Defendants submit this Third Notice of Supplemental Authority to keep the Court informed that, on April 30, 2020, Plaintiff, through its counsel in the first-filed court, filed a Notice of Appeal of the anti-suit injunction issued against Plaintiff. Attached is a copy of the as-filed Notice of Appeal for the Court's reference.

Dated: May 11, 2020

*/s/ Steven J. Udick*

SKIERMONT DERBY LLP
Paul J. Skiermont (TX Bar No. 24033073)
Steven J. Udick (TX Bar No. 24079884)
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
sudick@skiermontderby.com

***Attorneys for Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP***

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, a true and correct copy of the foregoing document was served on all parties of record via the Court's ECF filing system.

*/s/ Steven J. Udick*