**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **Edward Butowsky,** | |
| Plaintiff, | |
| **v.** | **Case No. 4:19-cv-00180-ALM-kpj** |
| **Michael Gottlieb, et al.,** | |
| Defendants | |

## NOTICE OF SUPPLEMENTAL EVIDENCE

# Exhibit B

**Episode 2 – The Russian Connection 7-9-2019**

## 16:15-21:07

| | |
|---|---|
| Isikoff: | We had no idea how calculated and elaborate Russia's tactics were around Seth's murder until we talked to Deborah Sines. She was the Assistant U.S. Attorney in charge of the Rich case. Now retired, Sines has never spoken publicly about the case until she talked to us. |
| Sines: | There were too many conspiracy theories that were all the same. You know, it wasn't just from one place. I was seeing it in multiple places and I, I really don't believe in coincidences. |
| Isikoff: | Sines was puzzled about the wild stories swirling around the murder, and she wanted to know where and how they started. It's worth keeping in mind that at this point, nothing about the Russian role behind these stories was publicly known. Sines decided to use her security clearance to ask the U.S. Intelligence community to help her figure the puzzle out. |
| Sines: | All I can say is I made inquiries about several things. And it took a while to get responses. |
| Isikoff: | And when she did, Sines was floored. |
| Sines: | Holy shit. It, I'm, you know, it's not what you expect. |
| Isikoff: | Remember that bizarre story on the whatdoesitmean.com website we told you about in Episode 1, just 3 days after Seth's death, that alleged he was gunned down by a Hillary Clinton hit squad. It was the very first time a conspiracy theory about his murder had popped up. And it turned out, it didn't come out of nowhere. What Sines discovered was a fake bulletin circulated by the Russian SVR, the Kremlin's version of the CIA, that was intercepted by U.S. Intelligence agencies. Written to read like a real intelligence report, it made the exact same allegations about Seth Rich on the exact same day as the whatdoesitmean.com story. |
| Sines: | The original report alleged that Seth thought he was meeting with the FBI, and instead he was met by a Hillary Clinton hit team. The original report also alleged that the hit team was captured after a running gun battle with U.S. Federal police force just blocks from the White House. Now let me ask you, Michael, you ever hear about a shoot out just a couple of blocks from the White House? |
| Isikoff: | No. |
| Sines: | Never happened. It's all made up. |
| Issikoff: | In short, Sines had uncovered the original document that started all of the Seth Rich conspiracy stories. A reprise of active measures with a vengeance. |

PLAINTIFF'S EXHIBIT 0. Sines 1 3/20/2020 MM PENGAD 800-631-6989

Sines:      To me, having a foreign intelligence agency set up one of my decedents with lies and planting false stories. To me that's pretty outrageous. Maybe other people don't think it's that outrageous. I did.

Isikoff:    If I'm hearing you correctly, what you discovered was the Russians had planted the idea that there was a conspiracy.

Sines:      Absolutely. No question in my mind. They planted this whole conspiracy thing. And then, I thought, Oh My God, this is over my pay grade, and then I got very paranoid.

Isikoff:    We went back and looked at that whatdoesitmean.com website. What Sines discovered was a window into how the Russians operate. The site that claims to be run by a secret order of nuns, is in fact filled with all sorts of wild stories attributed to Russian intelligence agencies, Russian foreign ministry officials, and Russian press reports. In a nut shell, it's a vehicle for Kremlin propaganda. The perfect place for the SVR to plant a bogus intelligence report. And there's more, Sines learned that just weeks after that initial fake bulletin, the Russian intelligence service circulated yet another report about Seth Rich. And were the details the same, or were there additional details in the second one?

Sines:      It was same nonsense. The same stuff. Once it became clear to me that this is coming from the SVR, then, I mean, that triggers a lot of very serious, Oh My God, what do I do with this?

## 23:41-26:55

Isikoff:    After Deborah Sines got her hands on those SVR bulletins, and over time saw how Russian propaganda was exploiting her case, she wrote a memo that she sent to the National Security Division of the Justice Department. And she later briefed the prosecutor's agents working for special counsel Robert Mueller. As she thought, the Russians engaged in a deliberate strategy to use Seth Rich's murder to distract investigators and the public from finding out what they had done during the 2016 election.

Sines:      So then you gotta look at, well why is Russia doing this? And what else is going on? Well, what else is going on is we have a special counsel who is investigating Russia stealing Clinton emails or DNC emails. And then, I mean it's not rocket science, before you add it up and you go oh, if Seth is the leaker to WikiLeaks, it doesn't have anything to do with Russia. So, of course, Russia's interest in doing this is incredibly transparent. Let's blame it on Seth Rich. He's a very convenient target.

4842-2863-9159 v.1

**Episode 5 – Fox News Fallout 7-30-2019 - 11:59-14:37**

| | |
|---|---|
| Isikoff: | While Fox's star anchors and big name contributors were hyping the bombshell story, Deborah Sines, the Assistant U.S. Attorney in charge of the Seth Rich murder investigation was beside herself. |
| Sines: | I was furious. |
| Isikoff: | Why? |
| Sines: | It was just lies.  So, that makes it even worse because then you get a feeding frenzy from like-minded conspiracy theorists and it makes my job four times as hard because I have to investigate all that. |
| Isikoff: | You may recall from earlier episodes that Sines discovered that Russian intelligence agents had planted a wild conspiracy story about Seth Rich's murder just three days after his death.  Now she was seeing the conspiracy claims being amplified by some of the loudest voices in conservative media. |
| Sines: | Let me put it this way, with all due respect to Newt Gingrich and Sean Hannity, actually, they don't deserve any respect, They spoke about things they had no knowledge of, they made it up. |
| Isikoff: | The specifics in the story was that there was an FBI report about an FBI analysis of Seth Rich's computer that showed he was in communication with WikiLeaks.  Was there any truth to that? |
| Sines: | No.  None.  Complete fabrication. |
| Isikoff: | As soon as she heard the stories, Sines reached out to the FBI. |
| Sines: | Of course I did.  Of course I did. |
| Isikoff: | And what did they tell you? |
| Sines: | No. |
| Isikoff: | No? |
| Sines: | No.  No connection between Seth and WikiLeaks.  And there was no evidence on his work computer of him downloading and disseminating things from the DNC. |
| Isikoff: | As it turned out, there was one sliver of truth in the Fox story.  The FBI had been examining Seth's computer.  Not for any ties to the DNC emails or WikiLeaks, but because they saw unusual activity by a foreign hacker after his death. |

PLAINTIFF'S D. EXHIBIT Sines 2
PENGAD 800-631-6989
3/20/2020 MM

Sines:        There were allegations that someone, maybe more than one person, was trying to invade Seth's gmail account and set up a separate account after Seth was murdered. And the FBI was looking into that. I presumed they were trying to create a fake gmail account or get into Seth's gmail account so they could dump false information in there.



# OFFICE OF THE INSPECTOR GENERAL
## U.S. Department of Justice

(202) 514-3435 | oig.justice.gov

---

### INVESTIGATIVE SUMMARY

**Findings of Misconduct by a then Assistant United States Attorney for Improperly Disclosing Grand Jury Materials to an Unauthorized Individual**

The Department of Justice (DOJ) Office of the Inspector General (OIG) initiated this investigation upon the receipt of information from the United States Attorney's Office for the District of Columbia (USAO-DC) regarding allegations that an Assistant United States Attorney (AUSA), who is no longer employed by DOJ, improperly disclosed District of Columbia Superior Court grand jury materials to an unauthorized individual.

The OIG investigation substantiated the allegation that the AUSA improperly disclosed Superior Court grand jury materials to an unauthorized individual, in violation of the Code of the District of Columbia and the District of Columbia Superior Court Rules of Criminal Procedure.

Criminal prosecution of this matter was declined.

The OIG has provided its report to the Executive Office for United States Attorneys (EOUSA), the Office of Professional Responsibility (OPR), and the USAO-DC for appropriate action.

\*\*\*

Unless otherwise noted, the OIG applies the preponderance of the evidence standard in determining whether DOJ personnel have committed misconduct.

*Posted to oig.justice.gov on October 2, 2019*



Obtained via FOIA by Judicial Watch, Inc.

**Strzok, Peter P. (CD) (FBI)**

---

| | |
|---|---|
| **From:** | Strzok, Peter P. (CD) (FBI) |
| **Sent:** | Wednesday, August 10, 2016 7:49 PM |
| **To:** | Page, Lisa C. (OGC) (FBI) |
| **Subject:** | Fwd: Seth Rich |

-------- Original message --------
From: _____ (WF) (FBI)'                                    b6 -1
Date: 08/10/2016 7:09 PM (GMT-05:00)                           b7C -1
To: "Moffa, Jonathan C. (CD) (FBI)_____ "Strzok, Peter P. (CD) (FBI)"'  b7E -6

Subject: Fwd: Seth Rich

Just FYSA. I squashed this with_____                      b6 -1
                                                              b7C -1

--

-------- Original message --------
From: _____ (WF) (FBI)'                                    b6 -1
Date: 08/10/2016 1:25 PM (GMT-05:00)                           b7C -1
To:_____ (WF) (FBI)'_____ (WF) (FBI)"            b7E -6

Cc:_____ (WF) (FBI)'_____ (WF) (FBI)"
_____ (WF) (FBI)"

Subject: RE: Seth Rich

Thank_____ Will do.

From:_____ (WF) (FBI)                                      b6 -1
Sent: Wednesday, August 10, 2016 1:00 PM                       b7C -1
To_____ (WF) (FBI)_____ (WF) (FBI)               b7E -6
Cc_____ (WF) (FBI)_____ (WF) (FBI)_____ (WF) (FBI)
Subject: RE: Seth Rich

Hi_____                                                   b5 -1
                                                              b6 -1
                                                              b7C -1
                                                              b7E -9



PLAINTIFF'S
EXHIBIT D.
4 Sines
3/20/20  MM

FBI (18-cv-154)-7414

Obtained via FOIA by Judicial Watch, Inc.

--------- Original message ---------

From:            (WF) (FBI)

Date: 08/10/2016 12:54 PM (GMT-05:00)

To          (WF) (FBI)"

Cc         (WF) (FBI)"         (WF) (FBI)"        (WF) (FBI)

Subject: RE: Seth Rich

                        b6 -1
                        b7C -1
                        b7E -6

Adding      for real. Stupid Samsung.

--------- Original message ---------

From:            (WF) (FBI)"

Date: 08/10/2016 12:53 PM (GMT-05:00)

To          (WF) (FBI)

Cc         (WF) (FBI)"         (WF) (FBI)"

Subject: RE: Seth Rich

                        b5 -1
                        b6 -1
                        b7C -1
                        b7E -6

Adding        I'm aware of this reporting from earlier this week but not any specific involvement in any related case.

--------- Original message ---------

From:         (WF) (FBI)

Date: 08/10/2016 10:32 AM (GMT-05:00)

To          (WF) (FBI)"

Cc         (WF) (FBI)"         (WF) (FBI)"

Subject: Seth Rich

                        b6 -1
                        b7C -1
                        b7E -6

                        b6 -1
                        b7C -1

I hope you are well. I heard from the front office that you are covering for       this week. Various news outlets are reporting today that Julian Assange suggested during a recent overseas interview that DNC Staffer, Seth Rich was a Wikileaks source, and may have been killed because he leaked the DNC e-mails to his organization, and that Wikileak's was offering $20,000 for information regarding Rich's death last month. Based on this news, we anticipate additional press coverage on this matter. I hear that you are in a class today; however, when you have a moment, can you please give me a call to discuss what involvement the Bureau has in the investigation.

Thanks,

                        b6 -1
                        b7C -1
                        b7E -6

*FBI Washington Field Office*
*Public Affairs*
Des
Cell

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 9 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 309-14   Filed 03/13/20   Page 2 of 27 PageID #:
4809

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                     : Civil Action No.
                                :
          Plaintiffs,           : 1:18-cv-00681
     v.                         :
                                :
EDWARD BUTOWSKY,                :
MATTHEW COUCH, and              :
AMERICA FIRST MEDIA,            :
                                :
          Defendants.           :


- - -

AUDIO TRANSCRIPTION

- - -


          Audio transcription of

Podcast entitled "Conspiracyland:  The

Untold Story of Seth Rich.  Episode 6 -

Collateral Damage," hosted by Michael

Isikoff.




- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com





PLAINTIFF'S  0.
EXHIBIT SINUS
5
3/20/2020  MM
PENGAD 800-631-6989

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 10 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 60-2 14   Filed 03/13/20   Page 3 of 27 PageID #:
4810

Page 2

1          - - -
2       (Music)
3          - - -
4       MALE REPORTER:  Berlin.
5    April 30, 1945.  With the hated
6    Russian troops just blocks away
7    from his Berlin underground
8    bunker, Adolf Hitler was forced to
9    choose death by his own hand
10   rather than face the consequences
11   and the humility of utter defeat.
12       MICHAEL ISIKOFF:  For nearly
13   three quarters of a century, it's
14   been pretty much accepted that
15   Hitler committed suicide inside
16   his bunker in the final days of
17   World War II.  But five years ago
18   a strange little book challenged
19   that consensus.  Entitled "Hunting
20   Hitler," it argued that while
21   those Russian troops were closing
22   in, the German dictator was
23   secretly flown by helicopter out
24   of his Berlin bunker to Austria

Page 3

1    where he hopped on a plane to
2    Barcelona and then was whisked by
3    submarine to Argentina where,
4    thanks to the magic of plastic
5    surgery, he lived out his days in
6    a mountain-like retreat surrounded
7    by adoring fellow Nazis.
8        The wild escape, the book
9    claimed, was only possible due to
10   a conspiracy by high-ranking
11   American intelligence officials
12   led by Allen Dulles, who later
13   became the director of the CIA.
14       JEROME CORSI:  Since I was a
15   kid, I've had this ability to kind
16   of connect the dots and put things
17   together.
18       MICHAEL ISIKOFF:  That's
19   Jerome Corsi, the author of the
20   Hitler escape to Argentina book.
21   He's the one-time Washington
22   bureau chief for Alex Jones'
23   Infowars and arguably the dean of
24   21st Century American conspiracy

Page 4

1    theorists.
2        He's at first blush an
3    amiable, pleasant-sounding man
4    with a Ph.D. in political science
5    from Harvard who's made a
6    successful career out of
7    connecting dots in peculiar ways.
8        JEROME CORSI:  So I did very
9    extensive research on that.  In
10   fact, I spent a lot of time at the
11   archives and even found the
12   original notes.  So I'll stand by
13   that I've raised legitimate issues
14   in that book.
15       MICHAEL ISIKOFF:  I mean, do
16   you believe Hitler did escape to
17   Argentina by submarine?
18       JEROME CORSI:  What I say in
19   the book is that the evidence we
20   have today demands further
21   investigation.  And in fact,
22   there's fairly credible evidence
23   now that the US government took it
24   seriously and decided, at a high

Page 5

1    official level, that it would have
2    been better if Hitler got away
3    rather than having to put him on
4    trial.  You'll have to read that
5    book.  It's very well documented.
6        MICHAEL ISIKOFF:  We
7    actually did read the book -- we
8    found it on Amazon -- and it's
9    pretty much what you would expect.
10   A mishmash of wild post-World War
11   II rumors and alleged Hitler
12   sightings that, in a few
13   instances, found their way into a
14   handful of US government documents
15   before they were thoroughly
16   debunked.
17       More importantly, the book
18   provides insight into Corsi's
19   world view, one that sees
20   conspiracies and coverups
21   everywhere, from a CIA plot to
22   assassinate John F. Kennedy --
23   with the approval of Lyndon
24   Johnson of course -- to a



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 11 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-314   Filed 03/13/20   Page 4 of 27 PageID #:
4811

Page 6

1  globalist plot to turn North
2  America into one country and
3  replace the dollar with a new
4  currency called the Amero.
5      But Corsi is best known for
6  a far more pernicious crusade --
7  to expose the real birthplace of
8  Barack Obama -- as laid out in
9  another one of his books "Where's
10 the Birth Certificate?" Even
11 though it was utterly groundless,
12 the claim got maximum currency
13 from its most vocal booster, an
14 avid conspiracy theorist in his
15 own right.
16     DONALD TRUMP:  And I just
17 say very simply, why doesn't he
18 show his birth certificate?  His
19 grandmother in Kenya said he was
20 born in Kenya and she was there
21 and witnessed the birth.  Okay?  I
22 have people that actually have
23 been studying it and they cannot
24 believe what they're finding.

Page 7

1      MICHAEL ISIKOFF:  It turns
2  out that one of those people Trump
3  was apparently referring to was
4  none other than Jerome Corsi.
5      Did you talk to Donald Trump
6  at that time?
7      JEROME CORSI:  I believe
8  Donald Trump called me maybe four
9  times during 2011.  He was looking
10 at the issue and he wanted to
11 discuss it.
12     MICHAEL ISIKOFF:  Trump's
13 promotion of birtherism was part
14 of a cynical political strategy,
15 as one of his advisors at the
16 time, Sam Nunberg, practically
17 boasted during a Skullduggery
18 podcast interview in 2018.
19     SAM NUNBERG:  I dealt in
20 birtherism.  I peddled birtherism.
21 I knew Barack Obama was born in
22 the United States.
23     MICHAEL ISIKOFF:  So wait,
24 wait -- now, wait a second.  All

Page 8

1  right.  You peddled birtherism.
2  You knew it was a complete fraud.
3  Why did you do it?
4      SAM NUNBERG:  Donald Trump
5  shot to number one in the polls.
6      MICHAEL ISIKOFF:  You
7  peddled a completely phony
8  conspiracy theory about the
9  president.
10     SAM NUNBERG:  Now, let me
11 finish.
12     MICHAEL ISIKOFF:  Now --
13     SAM NUNBERG:  Let me finish.
14     MICHAEL ISIKOFF:  Yeah.  Are
15 you proud of that?
16     SAM NUNBERG:  Is Donald
17 Trump president?
18         - - -
19        (Music)
20         - - -
21     MICHAEL ISIKOFF:  I'm
22 Michael Isikoff, and welcome to
23 Yahoo News' Conspiracyland:  The
24 Untold Story of Seth Rich, a

Page 9

1  special six-part podcast brought
2  to you by Skullduggery.
3      In this series, we've
4  explored how one young man's
5  unsolved murder on the streets of
6  Washington, DC, has been twisted
7  into a web of conspiracy and
8  paranoia.  The story provides an
9  illuminating window into how these
10 crazy theories are spawned and
11 manipulated in the swirl of social
12 media, sometimes for cash,
13 sometimes for publicity, and often
14 for brazenly dishonest political
15 purposes causing anguish and pain
16 to even the most innocent
17 bystanders.
18     This is Episode 6:
19 Collateral Damage.
20     Conspiracy theories, of
21 course, have been part of the
22 American fabric since the earliest
23 days of the republic.  It's a
24 point that author Anna Merlan



3  (Pages  6  to  9)

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 12 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-14   Filed 03/13/20   Page 5 of 27 PageID #:
4812

Page 10

1  makes in her new book "Republic of
2  Lies: American Conspiracy
3  Theorists and Their Surprising
4  Rise to Power."
5       ANNA MERLAN: The founding
6  fathers believed that Native
7  Americans were either controlled
8  by the devil or were controlled by
9  a secret super Native American who
10 was guiding insurrections against
11 them.
12      MICHAEL ISIKOFF: In the
13 19th Century, the Know Nothings
14 were obsessed with the idea of
15 secret papal plots. In the 20th
16 Century, the John Birch Society
17 sounded the alarm about communists
18 at the highest levels of the US
19 government. But in the aftermath
20 of the Kennedy assassination,
21 Watergate, and the Church
22 Committee, which revealed, among
23 other things, a CIA mind control
24 program that used LSD on

Page 11

1  unsuspecting Americans, the idea
2  of government conspiracies run by
3  a deep state got traction on all
4  sides of the American political
5  spectrum.
6       ANNA MERLAN: It became
7  abundantly clear what had been
8  going on in specifically the '60s,
9  but the '50s and '60s, and it
10 created, I would argue, like, a
11 permanent legacy of distrust that
12 we -- we are probably never going
13 to be able to rid ourselves of as
14 a country.
15      MICHAEL ISIKOFF: Still with
16 the introduction of social media,
17 the spread of conspiracy theories
18 have shifted into overdrive.
19      ANNA MERLAN: We are in one
20 of the strongest periods of
21 conspiracy culture that we've ever
22 seen, and social media and tools
23 like blogging platforms and
24 YouTube made it much easier for

Page 12

1  people to self-produce conspiracy
2  ideas and to find each other. And
3  they have all these tools to do
4  it, like Twitter, where they can
5  put their ideas into the public
6  square, into the mainstream,
7  directly, immediately. People
8  will see them in a way that they
9  wouldn't have, you know, 20 years
10 ago even.
11      MICHAEL ISIKOFF: And the
12 story of Seth Rich is a prime case
13 in point.
14      ANNA MERLAN: The thing that
15 was really astonishing to me about
16 the Seth Rich story is how many
17 people chose to involve themselves
18 in it from every, sort of, level
19 of society. From the zealous
20 conspiracy entrepreneurs who
21 nobody knows who they are, just
22 guys shouting into YouTube videos
23 and Periscopes, all the way up to,
24 as far as we know, perhaps the

Page 13

1  White House. A lot of people had
2  an investment in talking about and
3  spreading that story, and it
4  worked on every side of the
5  political spectrum.
6       MICHAEL ISIKOFF: As we
7  explained in our last episode, in
8  May 2017, Fox News was forced to
9  retract its false story that
10 murdered DNC staffer Seth Rich had
11 slipped internal e-mails to
12 WikiLeaks. But oddly, that huge
13 embarrassment for the cable news
14 network only encouraged even
15 wilder versions of same story.
16         - - -
17       (Music)
18         - - -
19      ROGER STONE: Welcome to the
20 Stone Cold Truth here on the
21 Genesis...
22      MICHAEL ISIKOFF: And sure
23 enough, Jerome Corsi was smack in
24 the middle of it, talking it up



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 13 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 009514   Filed 03/13/20   Page 6 of 27 PageID #:
4813

Page 14

1  with his comrade in arms, Roger
2  Stone on Stone's podcast.
3       ROGER STONE:  Let's go
4  through what we know to be facts.
5       Seth Rich indisputably
6  headed the division, the IT
7  division, at the DNC from which
8  documents were purloined and
9  published by WikiLeaks.  That is a
10 fact.
11      MICHAEL ISIKOFF:  Quick
12 reminder: Everything Stone is
13 saying here is false.  Rich didn't
14 head the IT division at the DNC or
15 even work in it, and there's not a
16 shred of evidence he leaked any
17 e-mails to WikiLeaks.
18      Now back to Stone's podcast.
19      ROGER STONE:  On the line we
20 have the Washington bureau chief
21 for Infowars.com. Dr. Jerry Corsi
22 joins us now.
23      Welcome to the Stone Cold
24 Truth, Dr. Corsi.

Page 15

1       JEROME CORSI:  Very pleased
2  to be back.  Thank you.
3       MICHAEL ISIKOFF:  Corsi used
4  the opportunity to promote an
5  upcoming three-part series on the
6  Seth Rich case he was about to
7  publish on the Infowars website.
8       JEROME CORSI:  Seth Rich was
9  not a hacker.  He was a leaker.
10 He got Podesta's e-mails -- no one
11 else had Podesta's e-mails -- and
12 he released them to WikiLeaks.
13      MICHAEL ISIKOFF:  He
14 unveiled a new convoluted theory
15 about who is really behind the
16 hacking of the DNC e-mails and how
17 they wound up with WikiLeaks.
18      JEROME CORSI:  I think I
19 have really figured it out.  It
20 was a CIA hit on the Democratic
21 party.  And they decided they'd
22 blame it on Russia.  They made it
23 look like Russia.  I think
24 Russia's entry into this was to

Page 16

1  basically try to save people like
2  Seth Rich.
3       MICHAEL ISIKOFF:  Corsi and
4  Stone never quite explained Seth
5  Rich's role in this supposed CIA
6  caper, but they pointed the
7  conspiracies around his unsolved
8  murder in a new sinister
9  direction: Blaming the Rich
10 family themselves for concealing
11 the truth about their son's death.
12      ROGER STONE:  It seems like
13 there is a massive international
14 news blackout.  We're being told
15 we can't even discuss this.  The
16 official house (indiscernible) the
17 Central Intelligence Agency, The
18 Washington Post, ran an op-ed late
19 last week in which the family
20 appeals for privacy.
21      Now, I respect their right
22 to privacy.  But in my opinion,
23 the American people's right to
24 truth trumps their right to

Page 17

1  privacy.
2       MICHAEL ISIKOFF:  Soon
3  enough Stone and Corsi would get
4  preoccupied, finding themselves in
5  the cross hairs of Special Counsel
6  Robert Mueller over their
7  stumbling efforts during the 2016
8  election to find out what was in
9  those WikiLeaks e-mails.
10      In January 2019, Stone was
11 indicted for lying to congress,
12 including about his communications
13 with Corsi.  Two months later,
14 under the threat of litigation,
15 Corsi apologized and retracted one
16 of his Seth Rich stories,
17 admitting his account was not
18 based on, as he put it, any
19 independent factual knowledge.
20      After the Fox News fiasco,
21 the internet conspiracy horde
22 focused on another member of the
23 Rich family: Aaron Rich, Seth's
24 older brother, an IT specialist



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 14 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209614   Filed 03/13/20   Page 7 of 27 PageID #:
4814

Page 18

1   for Northrop Grumman in Colorado.
2       MATT COUCH:  We do believe
3   that it's possible that Aaron and
4   Seth worked together and did the
5   leaks together, folks.
6       MICHAEL ISIKOFF: Matt Couch
7   is a one-time sales manager living
8   in the Arkansas Ozarks who has
9   become a conspiracy entrepreneur
10  garnering over 200,000 followers
11  on Twitter. Here he is
12  livestreaming on Twitter's
13  Periscope where viewers can post
14  comments in real time.
15      MATT COUCH:  Why are they
16  covering everything up?  Why did
17  Aaron Rich try to stop this
18  investigation?  And that's what my
19  team is trying to figure out.  Why
20  is no one talking about this?  Why
21  will no one in the mainstream
22  media touch this?
23      Thank you, Ed.  And I'm
24  going to follow Ed here.  I've

Page 20

1   Couch and Butowsky chose to focus
2   on Aaron Rich was never clear.  It
3   is true that Aaron had custody of
4   his brother's property, including
5   Seth's laptop which he turned over
6   to DC police twice for
7   examination.  The cops found
8   nothing on that computer or
9   anything else tying Seth's murder
10  to his job at the DNC.
11      As for the supposed money
12  flow into Aaron's bank account
13  from WikiLeaks?  The basis for
14  that was completely mysterious.
15      The bomb is the claim that
16  Aaron Rich was getting money from
17  WikiLeaks.  Where is that coming
18  from?
19      MERYL GOVERNSKI:  There is
20  no factual place where that is
21  coming from.  This is a contrived
22  story about Aaron.
23      MICHAEL ISIKOFF:  Washington
24  lawyer Meryl Governski has filed a

Page 19

1   talked to Ed.
2       MICHAEL ISIKOFF:  The "Ed"
3   that Couch is talking about there
4   and who had just joined the
5   Periscope conversation is, of
6   course, Ed Butowsky, the Dallas
7   money man who, you may recall, was
8   the man behind the Fox News
9   debacle. With Couch, Butowsky
10  found a new ally to keep his
11  claims of a vast conspiracy alive.
12      MATT COUCH:  Ed and I have
13  had a couple of phone calls where
14  we've had a couple of great talks.
15  And Ed just put it out there.
16  Aaron Rich accepted money.  Aaron
17  Rich had money from WikiLeaks go
18  into his personal account.  Think
19  about that.  Aaron Rich had
20  WikiLeaks money go into his
21  personal account.  We've
22  been trying to tell you guys this.
23  Get this information out.
24      MICHAEL ISIKOFF:  Just why

Page 21

1   defamation lawsuit against Couch
2   and Butowsky on behalf of Aaron.
3       MERYL GOVERNSKI:  So the key
4   lies that they're making about
5   Aaron is that he worked with Seth
6   to download these materials from
7   the DNC, that Aaron personally
8   received money from WikiLeaks in
9   exchange for this data from the
10  DNC, that Aaron is covering up
11  both his role in downloading this
12  DNC data and in the murder of his
13  brother.  And those are all false.
14  No truth to any of those
15  statements.
16      MICHAEL ISIKOFF:  And yet
17  the lies were amplified by
18  Periscope's interactive forum in
19  which Couch's fans chimed in with
20  their own comments.
21      MERYL GOVERNSKI:  At this
22  point it is off to the races from
23  here.  I mean, you have people in
24  the comments to the Periscope



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 15 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-14   Filed 03/13/20   Page 8 of 27 PageID #:
4815

Page 22

1   saying as a fact Aaron Rich got
2   paid.  Parents and Aaron are the
3   keys.  Aaron is a snake.  How does
4   Aaron sleep at night.  And then
5   another follower of Matt Couch
6   says, Waterboard him and find out
7   what he knows.
8        So you see the power of
9   spreading these lies about Aaron
10  that are then retweeted and
11  claimed as facts.
12       MICHAEL ISIKOFF:  The two
13  brothers had been close.  Seth had
14  been the best man at Aaron's
15  wedding the year before he was
16  killed.  But even that special
17  occasion was twisted by Couch.
18       MERYL GOVERNSKI:  Matt will
19  use these pictures from what was a
20  very special and happy day in
21  Aaron's life and tweet statements
22  like "The apple doesn't fall far
23  from the tree."  You can imagine
24  if it's your wedding picture being

Page 23

1   used to spread lies about you and
2   how it robs Aaron of this very
3   special moment in his life because
4   this special picture is now
5   perverted with these lies.
6        MICHAEL ISIKOFF:  Aaron was
7   so horrified about what was being
8   said about him and his family he
9   tried to reason with Couch,
10  sending him a certified letter
11  pleading with him to stop.
12       MATT COUCH:  So we just
13  picked up the letter from Aaron
14  Rich.  So far we're still
15  breathing so there's no -- no
16  resin or anthrax or anything on
17  it.
18       MICHAEL ISIKOFF:  Couch's
19  response was contemptuous.  Here
20  he is, driving around, with one of
21  his confederates named Josh and
22  Periscoping while they did so.
23       MATT COUCH:  Josh, should I
24  read it?

Page 24

1        JOSH:  Go ahead and read it.
2        MATT COUCH:  Go ahead and
3   read it, Josh says.
4        JOSH:  Go ahead and read it.
5        MATT COUCH:  So it says:
6   Dear Mr. Couch.  I do not know you
7   and do not know -- and you do not
8   know me or my parents.
9   Unfortunately, you never had the
10  chance to meet my brother Seth.
11  If you had, I know you wouldn't be
12  spreading lies about me, my
13  parents, and my brother on all of
14  your various social media
15  accounts.  For the past few months
16  you and your America First Media
17  platform have spread false
18  conspiracy theories about the
19  murder of my brother on Twitter
20  and Periscope, including
21  ridiculous and offensive
22  statements about ways that you say
23  I am involved.
24       MICHAEL ISIKOFF:  Couch

Page 25

1   interrupts with little sidekick
2   banter for the Periscope show.
3        MATT COUCH:  Josh, have we
4   ever said Aaron Rich killed his
5   brother?
6        JOSH:  No.
7        MATT COUCH:  No.  Now, I
8   don't believe we ever said Aaron
9   Rich killed his brother.  No.
10       JOSH:  No.
11       MATT COUCH:  Now, did we say
12  he was involved in helping cover
13  things up?  Yeah.
14       JOSH:  Um-hm.
15       MATT COUCH:  Yeah, we did.
16  Because, Aaron, you won't release
17  the phone records.  Aaron, you
18  won't release the laptops.  You
19  won't release the phone.  You
20  won't cooperate with
21  investigators.  So yeah, we have
22  said that you covered things up,
23  but we never once said that you
24  killed your brother.



7 (Pages 22 to 25)

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 16 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 60-2   Filed 03/13/20   Page 9 of 27 PageID #:
4816

Page 26

1    MICHAEL ISIKOFF: Just to be
2 completely clear, Aaron had
3 cooperated with the DC police.
4 But he was not about to turn his
5 brother's personal records over to
6 an internet troll like Matt Couch.
7    MERYL GOVERNSKI: In this
8 age of internet conspiracy
9 theories, an individual like Matt
10 Couch can invent a story and then
11 demand that a private citizen turn
12 over proof to him to prove his
13 innocence. He essentially is
14 asking Aaron to give him his bank
15 records in order to disprove a
16 concocted narrative.
17    MICHAEL ISIKOFF: After
18 Couch finished reading the letter
19 from Aaron and making demands that
20 he turn over bank and phone
21 records...
22    MATT COUCH: If for some
23 reason Josh and I don't wake up in
24 the morning, you'll know there was

Page 27

1 something on the letter
2 (laughing).
3    MICHAEL ISIKOFF: He then
4 appealed to his followers to send
5 him money.
6    MATT COUCH: We are 100
7 percent crowdfunded. We need your
8 help. This is what we do.
9    MICHAEL ISIKOFF: So wait a
10 second. They are fundraising off
11 the letter?
12    MERYL GOVERNSKI: They are
13 asking people to share the link,
14 to get out the message, to spread
15 their own notoriety and sending
16 out a link to their Fundly
17 profile.
18    MICHAEL ISIKOFF: And
19 offering tee shirts.
20    MERYL GOVERNSKI: Right.
21 They offer America First Media tee
22 shirts. And they've collected at
23 least tens of thousands of dollars
24 to fund these, you know, so-called

Page 28

1 investigations into a fake,
2 contrived narrative that they've
3 created.
4    AARON RICH: It's
5 infuriating. It's -- it's
6 devastating. It's -- I mean,
7 there are so many emotions going
8 through of, you know, why -- why
9 do you feel the need to do this.
10    MICHAEL ISIKOFF: Aaron Rich
11 is a private person who has rarely
12 spoken publicly, but he agreed to
13 talk to us about what it was like
14 to have Matt Couch taunting him
15 and trying to raise money off his
16 brother's murder.
17    AARON RICH: The -- the
18 different -- the different
19 feelings that go through watching
20 someone profit off of lies about
21 you and your family, it is
22 indescribable. I mean, it's --
23 it's, you know, want to punch a
24 wall. It's just -- it's

Page 29

1 everything. You know, and then
2 the lies are so gross that they're
3 threatening your livelihood.
4    MICHAEL ISIKOFF: Prosecutor
5 Deborah Sines had the unenviable
6 task of questioning Aaron about
7 Couch's allegations, as she had to
8 do with all the conspiracy claims
9 no matter how absurd, just to make
10 sure there was nothing to any of
11 them.
12    DEBORAH SINES: You try
13 asking a decedent's brother Did
14 you kill your brother? Did you
15 have anything to do with his
16 murder? Are you the one that set
17 this up? It's horrible. It's
18 awful.
19    AARON RICH: I never would
20 expect to go and be having to
21 testify in a grand jury about my
22 alleged involvement into my
23 brother's death. Never would have
24 expected that. Yeah. Just



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 17 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-4   Filed 03/13/20   Page 10 of 27 PageID #:
4817

Page 30

1  completely unimaginable that
2  that's where things got to.
3          MICHAEL ISIKOFF: So you had
4  to go in there to the grand jury
5  and she has to ask you question by
6  question about what Matt Couch had
7  been saying?
8          AARON RICH: Every --
9  correct. Every -- every
10 accusation that had been made
11 about me was questioned. I left
12 that and just broke down of
13 sitting there realizing am I
14 really having to sit here and do
15 this because people can just tell
16 lies. And I have to keep
17 suffering the consequences of
18 those lies.
19          MICHAEL ISIKOFF: How has
20 all this affected your life?
21          AARON RICH: Completely
22 upended it. You would figure that
23 the day your brother's killed and
24 the worst day of your life. And

Page 31

1  it turned out it can actually go
2  downhill from there. I want to
3  have a normal day again where I
4  don't have to be worrying about
5  all this. And who knows when that
6  will be, if that will ever be
7  again.
8          ANNA MERLAN: Pretty much
9  everyone who loses a loved one in
10 a mass shooting that gets a
11 significant amount of media
12 attention is at some point told
13 that their family member was a
14 crisis actor who didn't really
15 die.
16          - - -
17          (Promo)
18          - - -
19          MICHAEL ISIKOFF: Author
20 Anna Merlan says that with the
21 rise of social media, attacking
22 the families of victims is a
23 vicious new turn.
24          ANNA MERLAN: Unfortunately,

Page 32

1  in this country we have a pretty
2  tidy little conspiracy cottage
3  industry that is devoted really to
4  hounding people who have lost
5  loved ones in violent ways, and
6  Aaron and Joel and Mary Rich were
7  a very unique example of that.
8          MICHAEL ISIKOFF: It's not
9  just the families. Joe Capone was
10 the manager of Lou's City Bar,
11 Seth's favorite hangout, and they
12 got to be friends. Capone found
13 himself a target of suspicion by
14 the conspiracy theorists because
15 of random events like a family
16 sightseeing trip.
17          JOE CAPONE: I went on a
18 tour of the White House with my
19 children three days before he was
20 shot, so of course there's
21 something going on.
22          MICHAEL ISIKOFF: What were
23 you doing at the White House?
24          JOE CAPONE: My daughter had

Page 33

1  a friend coming in from Canada and
2  she had never been to the -- we
3  wanted to do something fun with
4  her.
5          MICHAEL ISIKOFF: It was the
6  public tour.
7          JOE CAPONE: It was the
8  public tour. You get to see the
9  Blue Room, the Green Room.
10          MICHAEL ISIKOFF: And so
11 your name shows up on the White
12 House visitor --
13          JOE CAPONE: Yeah.
14          MICHAEL ISIKOFF: -- logs.
15          JOE CAPONE: Yes.
16          MICHAEL ISIKOFF: And
17 somebody sees this.
18          JOE CAPONE: Yes.
19          MICHAEL ISIKOFF: Who saw it
20 and what did they do with that
21 information?
22          JOE CAPONE: There's a lot
23 of -- there's one guy -- I'm
24 blanking on his name -- Matt



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 18 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-4   Filed 03/13/20   Page 11 of 27 PageID #:
4818

Page 34

```
1    Couch --
2         MICHAEL ISIKOFF:  Yup.  We
3    know him.
4         JOE CAPONE:  -- that's --
5    you know, he assumes a bunch of
6    things.  There's a whole list.  He
7    has my name up here on Twitter all
8    over the place.  He put pictures
9    of my family on Twitter.  How'd
10   you like me to put your kids on
11   the internet when they're not
12   involved with that?
13        MICHAEL ISIKOFF:  What was
14   Matt Couch saying was the
15   significance of the fact that you
16   had been to the White House on
17   July 6th?
18        JOE CAPONE:  That -- that
19   there were secret meetings going
20   on.
21        MICHAEL ISIKOFF:  Secret
22   meetings with who?
23        JOE CAPONE:  Hillary, you
24   know.
```

Page 35

```
1         MICHAEL ISIKOFF:  You were
2    conspiring with Hillary Clinton
3    or --
4         JOE CAPONE:  I must have
5    been.  Right?
6         MICHAEL ISIKOFF:  -- aides
7    to Hillary Clinton?
8         JOE CAPONE:  Yeah.  I've
9    never met Hillary.  I've never
10   seen any of these people.  This
11   stuff -- my kids don't need to
12   hear this stuff.  My family
13   doesn't need to hear this stuff --
14   of stuff that I'm getting blamed
15   for that -- that I haven't done
16   anything.  Seth was my friend.
17        MICHAEL ISIKOFF:  Mark
18   Mueller wasn't a friend of Seth's,
19   but he too got sucked into the
20   conspiracy.  As you might remember
21   from Episode 1, he was the first
22   neighbor on the scene of the
23   killing.  After he gave interviews
24   to local TV stations, the internet
```

Page 36

```
1    sleuths jumped on what he said.
2         MARK MUELLER:  I was at work
3    one day and I got a call from an
4    ex saying watch out.  There's
5    people after you.  Sent me some
6    screenshots from Twitter and
7    Facebook and whatever.  And
8    suddenly I realized I had all
9    these people putting stuff out on
10   the internet about me.  Fake
11   stuff.
12        MICHAEL ISIKOFF:  Soon
13   enough, Mueller was being linked
14   to Jeffrey Dahmer, the notorious
15   Milwaukee serial killer.
16        How did they draw that
17   connection?  What was --
18        MARK MUELLER:  Who knows.
19   I'm from Wisconsin near Milwaukee
20   where Jeffrey Dahmer was from.
21   They would take pictures of
22   Jeffrey Dahmer and Dexter and they
23   would superimpose my face on
24   theirs.  When they published the
```

Page 37

```
1    phone numbers and the addresses of
2    all my brothers and sisters and me
3    and my neighbors, that's pretty
4    vicious.  They were coming at in
5    various ways over and over and
6    over again and contacting me
7    through every one of my e-mail
8    accounts and calling me at work
9    and calling me at home and my cell
10   phone.  It's pretty intense.
11   Yeah.
12        MICHAEL ISIKOFF:  How
13   freaked out were you?
14        MARK MUELLER:  Well, freaked
15   out enough that I stayed away from
16   the house every weekend.  Drank a
17   little bit.  I had Airbnb in the
18   basement so then suddenly I had to
19   start turning people away that
20   might be, you know, alt-right
21   trying to get into my home.
22        MICHAEL ISIKOFF:  Because
23   of --
24        MARK MUELLER:  Because --
```



10  (Pages 34 to 37)

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 19 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 201-14   Filed 03/13/20   Page 12 of 27 PageID #:
4819

Page 38

1    MICHAEL ISIKOFF: -- these
2  trolls?
3    MARK MUELLER: Like Matt
4  Couch.
5    MICHAEL ISIKOFF: Couch did
6  not respond to multiple requests
7  to be interviewed for this
8  podcast.
9    On July 9, 2019, after
10  nearly two years of tweets and
11  Periscopes, Couch wrote a letter
12  to the federal judge overseeing
13  the defamation lawsuit brought by
14  Aaron Rich. He said he was
15  removing all content relating to
16  Aaron from his website and was,
17  quote, even willing to issue an
18  apology to Mr. Rich. He made no
19  reference to those like Mueller
20  and Capone who he had also claimed
21  were part of a supposed Seth Rich
22  coverup.
23    And Couch made clear that
24  Seth himself was still fair game,

Page 39

1  later telling a YouTube host who
2  goes by the name SpaceShot76 that
3  he had big plans in the works.
4    MATT COUCH: We're gonna do
5  a Seth video series.
6    SPACESHOT76: Nice.
7    MATT COUCH: And we'll kind
8  of go piece by piece by piece with
9  the investigations there. That
10  probably -- somebody's probably
11  choking some Tums down in DC right
12  now. We are in talks and we are
13  really close to having a book deal
14  finalized as well. I'm gonna
15  write a book on the Seth Rich
16  investigation as well. I'd love
17  to have it out by Christmas if we
18  can. It's gonna be a push, but
19  we're gonna see what happens.
20  It'll be out for Christmas.
21    SPACESHOT76: Well, you got
22  a sale right here for sure because
23  I'd definitely be ingesting that
24  100 percent.

Page 40

1    MALE VOICE: Turning to our
2  final case for today, which is
3  Rich versus Fox News. Okay.
4  Ready to go?
5    ARUN SUBRAMANIAN: Ready to
6  go.
7    MALE VOICE: Go right ahead.
8    MICHAEL ISIKOFF: How far
9  can conspiracy theorists go in
10  tormenting innocent bystanders
11  like Joe Capone and families like
12  the Riches without facing any
13  consequences? What constitutes
14  outrageous conduct for which the
15  perpetrators can be held
16  accountable? Those issues were
17  squarely on the table in a
18  New York courtroom on February 4,
19  2019.
20    You may remember a federal
21  judge had rejected a lawsuit filed
22  by the Riches against Fox News and
23  Ed Butowsky over the cable news
24  network's bogus story that their

Page 41

1  son had stolen internal e-mails
2  from the DNC and leaked them to
3  WikiLeaks.
4    But the Riches weren't
5  giving up. They took their case
6  to the US Court of Appeals. Their
7  lawyer, Arun Subramanian, laid out
8  their argument.
9    ARUN SUBRAMANIAN: The
10  defendants in this case targeted
11  and victimized two grieving
12  parents shortly after their son
13  had been murdered, turned them
14  into pawns in a political game,
15  and enlisted them in pushing a
16  false story about their dead son.
17    MICHAEL ISIKOFF: The
18  lawsuit raised complicated issues.
19  The Riches contend they had
20  suffered pain, anguish, and
21  emotional distress as a result of
22  Fox News' reckless falsehoods.
23  Usually the courts are reluctant
24  to entertain such arguments for



11 (Pages 38 to 41)

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 20 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-24   Filed 03/13/20   Page 13 of 27 PageID #:
4820

Page 42

1  fear of infringing on First
2  Amendment freedoms, but in this
3  case the arguments got bogged down
4  on the question of who exactly had
5  been defamed: Seth, who was
6  deceased, or Joel and Mary.
7      One of the judges, Guido
8  Calabresi, zeroed in on the crux
9  of the legal issue.
10     JUDGE CALABRESI: You have
11 to convince us that this was
12 outrageous with respect to the
13 parents, not outrageous with
14 respect to the son who was killed
15 which would support a defamation
16 were he still alive.
17     MICHAEL ISIKOFF: A key part
18 of the Riches' argument was that
19 Butowsky had tricked them into
20 hiring a private investigator, Rod
21 Wheeler, who then falsely
22 confirmed the bogus Fox story, a
23 story that, without any evidence,
24 portrayed their son as a thief and

Page 43

1  a leaker.
2      ARUN SUBRAMANIAN: Indeed,
3  in this case we're not saying that
4  Fox somehow became aware of this
5  after the fact; we're saying that
6  Fox knew of this entire scheme
7  from the get-go.
8      JUDGE CALABRESI: Last case
9  was contract...
10     MICHAEL ISIKOFF: Fox News
11 in its brief had asserted that the
12 cable news network had been
13 engaged in First Amendment
14 protected journalism, even if its
15 story had been retracted. But
16 when it came time for Fox lawyer
17 Joe Terry to make his case, he ran
18 into some tough questioning from
19 Judge Calabresi.
20     JOE TERRY: Good afternoon,
21 Your Honors. May it please the
22 court, Joe Terry for Fox News.
23     The claims asserted by the
24 Riches are unprecedented in two

Page 44

1  respects. First, the Riches seek
2  to recover damages for the
3  emotional injury that they
4  suffered as a result of the
5  defamation of their son. No case
6  cited by either party or which we
7  are aware has ever allowed the
8  family of a deceased to recover
9  for injuries that they suffered
10 arising from the defamation of a
11 relative. That is true whether
12 the claims are --
13     JUDGE CALABRESI: Now, wait
14 a second. Let's -- let's just
15 separate a few things. First,
16 let's assume that the son is in a
17 coma, but is still alive, and a
18 defamation suit is brought. Are
19 the allegations here sufficient so
20 that they would go forward in the
21 face of your First Amendment
22 arguments? In a defamation suit,
23 all of these things here, would
24 they be enough so that they would

Page 45

1  go forward? Because I would
2  suggest that they do. And if that
3  is so, then all the First
4  Amendment stuff in your brief is a
5  waste of time.
6      JOE TERRY: There are lots
7  of cases where people allege that
8  they were deceived by reporters,
9  sometimes in ways that we would
10 all think is relatively
11 unpleasant, like lying to rape
12 victims. The courts have
13 uniformly found that that conduct
14 is not sufficient to give rise to
15 such a claim. And I think that
16 when you layer on the fact that
17 there are significant First
18 Amendment concerns raised by this,
19 there are sufficient reasons to
20 uphold the district court's
21 decision --
22     JUDGE CALABRESI: If I may
23 say so, very well argued by both
24 sides.



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 21 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 201-34   Filed 03/13/20   Page 14 of 27 PageID #:
4821

Page 46

| | |
|---|---|
| 1 | MICHAEL ISIKOFF:  The |
| 2 | appeals court has yet to rule on |
| 3 | this case, but how it does could |
| 4 | have large implications for |
| 5 | America's booming conspiracy |
| 6 | industry.  It's an industry, we |
| 7 | should note, that is of increasing |
| 8 | concern to the FBI. |
| 9 | In a May 30, 2019, |
| 10 | intelligence bulletin obtained by |
| 11 | Yahoo News contributor Janet |
| 12 | Winter, the bureau, for first |
| 13 | time, labeled fringe political |
| 14 | conspiracy theories a domestic law |
| 15 | enforcement threat.  The bulletin |
| 16 | pointed to growing evidence that |
| 17 | the wild and baseless claims on |
| 18 | social media are motivating |
| 19 | extremists to take violent action |
| 20 | citing examples that range from |
| 21 | Pizzagate to the harassment of the |
| 22 | Sandy Hook families to the arrest |
| 23 | of two men who were plotting an |
| 24 | attack on a research facility in |

Page 47

| | |
|---|---|
| 1 | Alaska that they believed, from |
| 2 | watching online videos, the US |
| 3 | government was using to control |
| 4 | the weather and prevent humans |
| 5 | from talking to God. |
| 6 | Back to Seth's unsolved |
| 7 | murder. |
| 8 | Few have had a tougher time |
| 9 | dealing with the real-world |
| 10 | implications of the conspiracies |
| 11 | around this case than the |
| 12 | Washington Police Department, |
| 13 | which after three years has gotten |
| 14 | nowhere trying to solve the crime. |
| 15 | MALE VOICE:  Can I help you? |
| 16 | MALE VOICE:  Yeah.  Kristen |
| 17 | in communications is expecting us. |
| 18 | MALE VOICE:  Do you have a |
| 19 | phone number? |
| 20 | MALE VOICE:  Yes. |
| 21 | MALE VOICE:  Can I see |
| 22 | everybody's ID, please? |
| 23 | MALE VOICE:  Sure. |
| 24 | MICHAEL ISIKOFF:  We went |

Page 48

| | |
|---|---|
| 1 | down to police headquarters to |
| 2 | talk to the top cop in charge of |
| 3 | the case. |
| 4 | LESLIE PARSONS:  So my name |
| 5 | is Leslie Parsons.  I'm the |
| 6 | commander of the criminal |
| 7 | investigations division for the |
| 8 | Metropolitan Police Department in |
| 9 | Washington, DC. |
| 10 | MICHAEL ISIKOFF:  As Parsons |
| 11 | told us, the wild conspiracy |
| 12 | theories about Seth Rich's death |
| 13 | have been a major problem for |
| 14 | investigators. |
| 15 | LESLIE PARSONS:  It's |
| 16 | disheartening to all the |
| 17 | detectives that are working on any |
| 18 | case when information is put out |
| 19 | that's false or misleading to the |
| 20 | public.  It also causes the |
| 21 | detectives to go down an angle and |
| 22 | investigate something that comes |
| 23 | in that clearly isn't true.  It's |
| 24 | a conspiracy theory.  But it takes |

Page 49

| | |
|---|---|
| 1 | police resources. |
| 2 | MICHAEL ISIKOFF:  The DC |
| 3 | police have examined and |
| 4 | re-examined Seth's laptop, they've |
| 5 | pored over his bank records, |
| 6 | they've interviewed scores of |
| 7 | former colleagues and friends. |
| 8 | Their firm conclusion? |
| 9 | LESLIE PARSONS:  We have no |
| 10 | evidence at all that leads to this |
| 11 | being something related to his |
| 12 | employment or any sort of |
| 13 | conspiracy theory whatsoever. |
| 14 | MICHAEL ISIKOFF:  No |
| 15 | indication he was in communication |
| 16 | with WikiLeaks.  No indication he |
| 17 | was getting paid from some outside |
| 18 | source.  No indication that he was |
| 19 | in communication with anybody who |
| 20 | had any political motive.  So fair |
| 21 | to assume you've examined all |
| 22 | those angles and have found zero, |
| 23 | zilch, that would support it. |
| 24 | LESLIE PARSONS:  Correct. |



13 (Pages 46 to 49)

Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 22 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 209-14   Filed 03/13/20   Page 15 of 27 PageID #:
4822

Page 50

1 There is nothing to suggest this
2 is part of any conspiracy theory
3 out there. It's been the
4 statement of the Metropolitan
5 Police Department since the
6 beginning that this was an
7 attempted robbery gone bad.
8 There's nothing else to suggest
9 it's anything other than that.
10     MICHAEL ISIKOFF: You may
11 remember the rash of robberies in
12 the Bloomingdale neighborhood
13 during the summer of 2016 that
14 police believe were related to
15 Seth's death. The police has made
16 little progress in solving them.
17 And in the few cases where they
18 did make arrests, they got no
19 information about who might have
20 been behind the murder.
21     Do you have any suspects?
22     LESLIE PARSONS: There's
23 nothing at this time that I would
24 want to divulge to the public.

Page 51

1     MICHAEL ISIKOFF: But if you
2 had a -- a -- if you had a
3 suspect, you could put out an
4 artist sketch, right?
5     LESLIE PARSONS: Any time --
6 yeah. If we had information where
7 we needed the assistance from the
8 public, it would definitely be out
9 there.
10     MICHAEL ISIKOFF: Well, that
11 would suggest you really don't
12 have anybody.
13     LESLIE PARSONS: I -- I
14 think that's where we ended up.
15     MICHAEL ISIKOFF: There's an
16 important point here for context
17 and it's a shocking one. About
18 half of the homicides in the
19 country are never solved at all.
20 No arrests. No trials. No
21 justice.
22     Since we did that interview
23 with Commander Parsons, Joel Rich
24 told us that a new detective had

Page 52

1 been assigned to his son's murder,
2 a detective from the major
3 case/cold case squad. The idea is
4 to bring a fresh set of eyes to
5 what had become a stale
6 investigation.
7     The lack of progress has
8 been frustrating for the Riches,
9 of course, but also to Deborah
10 Sines, the prosecutor who was in
11 charge of the case but who retired
12 in 2018 unable to crack it.
13     DEBORAH SINES: Any time you
14 can't close a murder case it sits
15 right on your shoulders. It still
16 does, and I don't even work there
17 anymore. I wanted to give this to
18 his parents and his brother, but I
19 couldn't.
20     MICHAEL ISIKOFF: Solving
21 murders in the nation's capital is
22 hard enough, Sines says.
23     DEBORAH SINES: In
24 Washington, DC, being a witness to

Page 53

1 a murder can mean a death
2 sentence. I've lost witnesses
3 that were murdered because they
4 were witnesses, because they told
5 me what happened. There's a very
6 strong anti-snitch culture in
7 Washington, DC, much stronger than
8 it is in some other areas in the
9 country. Add assassination
10 language, Russians, add all those
11 buzzwords. Who wants to be a
12 witness in a case like that?
13     MICHAEL ISIKOFF: The wild
14 conspiracy theories have
15 complicated the job of police and
16 prosecutors. The stories have
17 penetrated to the streets,
18 poisoning the well of potential
19 witnesses and intimidating many
20 others from coming forward. But
21 Sines hasn't given up hope.
22     DEBORAH SINES: I know that
23 someone is going to talk. I
24 know -- I know that. It's a lot



Case 4:19-cv-00180-ALM-KPJ   Document 240-2   Filed 05/24/20   Page 23 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ   Document 201-54   Filed 03/13/20   Page 16 of 27 PageID #:
4823

Page 54

1   easier after a couple of years go
2   by for people to talk about this
3   because they think they got away
4   with it. I am convinced that
5   Seth's murderers -- and I -- and I
6   use the term plural on purpose --
7   I'll say there is one gunman but
8   there's also an aider and abettor.
9   I'm convinced one or both of them
10  will eventually be brought to
11  justice.
12       MICHAEL ISIKOFF: Over the
13  course of the six episodes in this
14  podcast we've traced the story of
15  Seth Rich, an earnest, idealistic
16  kid from Nebraska who early one
17  summer morning in 2016 was
18  murdered just a block and a half
19  from his home in Washington, DC.
20       That was tragic enough. But
21  his death was cynically hijacked
22  by a rogues' gallery -- Julian
23  Assange, Vladimir Putin's trolls,
24  and allies of President Trump like

Page 56

1   heart of these conspiracy
2   theories, but don't count on it.
3   Those who believe in them will
4   never accept anything Robert
5   Mueller or the FBI or the
6   Washington police or anybody else
7   in the US government says.
8        That's why the story is
9   about much more than Seth Rich.
10  It's emblematic of the media and
11  political culture we live in,
12  illustrating how falsehoods can
13  spread from the far reaches of the
14  dark web to Twitter and Facebook
15  and then to a major cable news
16  outlet polluting the national
17  dialogue and turning innocent
18  bystanders and grieving family
19  members into collateral damage.
20  Real-life victims of the
21  Conspiracyland our country has
22  become.
23       I'm Michael Isikoff. Thanks
24  for listening.

Page 55

1   Sean Hannity and Roger Stone --
2   all of whom promoted baseless,
3   false, and dangerous versions of
4   events seemingly without any
5   consequences.
6        There was, of course, a
7   political purpose to all the Seth
8   Rich conspiracy-mongering: To
9   protect Trump and deflect
10  attention from the Russian attack
11  on the 2016 presidential election.
12  Indeed, there's strong evidence
13  that the initial version of the
14  conspiracy theory was spawned by
15  Russia's intelligence service, a
16  classic case of Kremlin
17  disinformation.
18       In April of 2019, Special
19  Counsel Robert Mueller
20  definitively stated in his final
21  report that the claims that Seth
22  leaked DNC e-mails to WikiLeaks
23  were false. You might think that
24  would put a stake through the

Page 57

1        We need to give a couple of
2   shout-outs here.
3        First, to my Yahoo News
4   colleague Alexander Nazaryan who
5   thought investigating the
6   conspiracies around Seth Rich's
7   murder would be a good idea for a
8   podcast.
9        Thanks also to my Yahoo News
10  colleagues Charity Elder, Dan
11  Klaidman, and Mark Seaman for
12  their helpful ideas, as well as to
13  the folks from Long Story Short
14  Media for their invaluable help in
15  producing this podcast.
16       Yahoo News' Conspiracyland
17  is brought to you by Skullduggery,
18  a weekly podcast that I host with
19  Yahoo News Editor-in-Chief Dan
20  Klaidman. In each episode we
21  dissect the latest revelations and
22  controversies surrounding the
23  Trump administration, and we
24  interview key newsmakers,

Case 4:19-cv-00180-ALM-KPJ  Document 240-2  Filed 05/24/20  Page 24 of 43 PageID #:
Case 4:19-cv-00180-ALM-KPJ  Document 209-4  Filed 03/13/20  Page 17 of 27 PageID #:
4824

Page 58

```
 1    including some of the president's
 2    fiercest critics, as well as his
 3    most stalwart defenders.
 4         If you're enjoying this
 5    series, subscribe to Skullduggery
 6    and Yahoo News' Conspiracyland on
 7    Apple Podcast, or wherever you get
 8    your podcasts, and leave a review.
 9            - - -
10         (End of audio file)
11            - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 60

```
 1            LAWYER'S NOTES
 2    PAGE  LINE
 3    ____  ____  _____
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
```

Page 59

```
 1         CERTIFICATE
 2
 3
 4         I HEREBY CERTIFY that the
 5    foregoing was transcribed by me from an
 6    audio file to the best of my ability.
 7
 8
 9
         Cindy Parker
10       Dated:  October 7, 2019
11
12
13
14
15         (The foregoing certification
16    of this transcript does not apply to any
17    reproduction of the same by any means,
18    unless under the direct control and/or
19    supervision of the certifying reporter.)
20
21
22
23
24
```



16 (Pages 58 to 60)

<u>Affidavit of Deborah L. Sines</u>

1. My name is Deborah L. Sines. I am currently retired and living in Florida after practicing law in Washington, D.C. for more than 35 years.

2. The statements herein are mine alone and are not being made on behalf of the United States, the U.S. Department of Justice ("DOJ"), or the United States Attorney's Office for the District of Columbia ("USAO-DC").

3. During my career, I estimate that I tried more than 100 cases and conducted approximately 500 investigations.

4. Prior to my retirement, I served as an Assistant United States Attorney ("AUSA") in the USAO-DC from 1996 to 2018, primarily in the Homicide Section.

5. I worked as a trial attorney in the DOJ Civil Rights Division, Criminal Section from 1985 to 1996.

6. I began my legal career working as a defense attorney in Washington, D.C. from 1983 to 1985.

7. In 2017, I was inducted as a Fellow into the American College of Trial Lawyers.

8. From 2016 to 2018, I was the lead AUSA assigned to the murder of Seth Rich, who was shot and killed in the 2100 block of Flagler Place, NW in Washington, D.C., on July 10, 2016.

9. For two years, I helped direct the police investigation and coordinated the prosecutorial work related to Seth Rich's murder.

10. As part of my job during the investigation of the murder of Seth Rich, I

   - personally reviewed and analyzed relevant evidence collected and/or generated by the Metropolitan Police Department for the District of Columbia ("MPD"), the Office of the Chief Medical Examiner for the District of Columbia ("OCME"), and the Department of Forensic Sciences for the District of Columbia ("DFS");

   - consulted with the above-named law enforcement agencies as well as the Federal Bureau of Investigation ("FBI") about the case;

   - personally reviewed and analyzed medical records related to the antemortem treatment of Seth Rich for his gunshot wounds;

   - personally reviewed and analyzed statements posted online about the case; and



DEFENDANT'S EXHIBIT Sines 6   3/20/20  MM   PENGAD 800-631-6989

- personally interviewed witnesses with information relevant to the criminal investigation.

11. During my involvement with the criminal investigation, I became aware of allegations published online, on-air, or in print that Seth Rich had stolen emails from the Democratic National Committee ("DNC") – where he was employed at the time of his death – provided those emails to WikiLeaks, and was murdered as a result. For example, in May 2017, I became aware of a Fox News story, published online and on-air, alleging that Seth Rich was involved in hacking the DNC emails. In August 2017, I became aware of publications online also accusing Seth Rich's brother, Aaron Rich, of working with his brother to download the DNC emails and sell them to WikiLeaks in exchange for monetary compensation. Other online postings linked these alleged activities to Seth Rich's murder.

12. I am aware of no evidence of any contact between either Seth or Aaron Rich and WikiLeaks.

13. I am aware of no evidence that Seth Rich ever improperly downloaded information from the DNC, or that he provided such information, or any other information to WikiLeaks.

14. I am aware of no evidence that Aaron Rich was ever involved in the transmission of stolen information from the DNC to WikiLeaks.

15. I am aware of no evidence that Aaron Rich ever received any compensation from WikiLeaks.

16. I have read the publicly available, redacted version of the "Report on the Investigation into Russian Interference in the 2016 Presidential Election ("Special Counsel's Report"). I am aware of no evidence that contradicts, is inconsistent with, or undermines the conclusions in the Special Counsel's Report (Volume I, p. 48) that "WikiLeaks and [WikiLeaks Founder Julian] Assange made several public statements apparently designed to obscure the source of the materials that WikiLeaks was releasing" and that "the statements about Seth Rich implied falsely that he had been the source of the stolen DNC emails."

17. I began speaking with Aaron Rich shortly after his brother's murder, and I kept in touch with him throughout the course of my involvement in the criminal investigation. He fully cooperated with me, and, to the best of my knowledge, with the local and federal law enforcement agencies investigating his brother's murder.

18. Because of considerations concerning law enforcement-sensitive investigative techniques and applicable privileges and legal protections, including, but not limited to, a government or other privilege and the attorney work-product doctrine, I am unable to discuss any other topic relating to the investigation of the murder of Seth Rich.

2

I state under the penalty of perjury that the foregoing is true and correct.


Executed on: _____          _____
                                               Deborah L. Sines


3

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **EDWARD BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CASE NO. 4:19-CV-00180-ALM-KPJ** |
| | § | |
| **MICHAEL GOTTLIEB,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

On March 3, 2020, the Court held a status conference (the "Hearing") regarding the parties' pending motions and Plaintiff Edward Butowsky's ("Plaintiff") request to amend his Amended Complaint (Dkt. 101). *See* Docket Entry on March 3, 2020. For the reasons stated on the record at the Hearing, the Court **ORDERS** the following:

**IT IS HEREBY ORDERED** that Plaintiff's Amended Motion to Strike (Dkt. 180) and Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. 192) are **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall file an amended complaint with the amendments discussed at the Hearing **by March 11, 2020**. As stated on the record, no further amendments to Plaintiff's complaint will be allowed until any pending motions to dismiss are resolved.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (Dkts. 104, 105, 107, 108, 109, 110, 112, 114) are hereby **DENIED AS MOOT**, as the Court will address Rule 12 motions as to the live pleadings only.

**IT IS FURTHER ORDERED** that Defendants shall refile any motion to dismiss Plaintiff's amended complaint **by April 1, 2020**. Defendant Vox Media, Inc. ("Vox") shall include with its motion to dismiss for lack of jurisdiction the jurisdictional evidence pertaining to Vox's Texas employees as discussed at the Hearing. Plaintiff shall file a response to all refiled motions to



DEFENDANT'S EXHIBIT D. Sines 5/20/20 MM

dismiss **by May 1, 2020**. Defendants shall file a reply in support of their refiled motions to dismiss, if any, **by May 8, 2020**. As discussed at the Hearing, no extensions to this briefing schedule will be granted absent extenuating circumstances.

**IT IS FURTHER ORDERED** that the parties shall appear for oral argument before the undersigned regarding the Defendants' refiled motions to dismiss on **May 21, 2020, at 9:30 a.m.**, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas, 75024.

**IT IS FURTHER ORDERED** that Plaintiff and Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP's Joint Motion to Stay Discovery (Dkt. 175) is **GRANTED**. As discussed at the Hearing, discovery is **STAYED** until the resolution of all Defendants' refiled motions to dismiss.

**IT IS FURTHER ORDERED** that Plaintiff's Unopposed Motion to Reschedule Hearing (Dkt. 196) is **GRANTED**. If any claims remain after resolution of Defendants' refiled motions to dismiss, the Court will reschedule the parties' Rule 16 Management Conference at that time.

**So ORDERED and SIGNED this 4th day of March, 2020.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

2



U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 2, 2020

**By First-Class Mail and Email to:**

Ty Clevenger, Esquire
P.O. Box 20753
Brooklyn, N.Y. 11202-0753
tyclevenger@yahoo.com

      Re:    Edward Butowsky v. David Folkenflik, et al., Case No. 4:18-cv-00442-ALM
              (E.D. Tex.) and Edward Butowsky v. Michael Gottlieb, et al., Case No. 4:19-cv-
              00180-ALM-KPJ (E.D. Tex.)

Dear Mr. Clevenger:

      By letter dated February 17, 2020, to Joseph D. Brown, United States Attorney for the Eastern District of Texas, you requested that the Department of Justice authorize Ms. Deborah Sines to testify regarding matters related to her former employment as an Assistant United States Attorney in the United States Attorney's Office for the District of Columbia. Included with your letter were subpoenas issued in the above-captioned cases directed to Ms. Sines which command her to appear for a deposition in Palm Coast, Florida, on March 20, 2020, and to produce certain documents in Palm Coast, Florida, by no later than March 16, 2020.

      Your request has been referred to this Office for a response, and this letter is being sent to you on behalf of the Department of Justice and this Office pursuant to Fed. R. Civ. P. 45(d)(2)(B) and the so-called *Touhy* regulations, 28 C.F.R. Part 16, Subpart B, adopted by the Department of Justice governing the disclosure of official information in federal and state proceedings. *See generally United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951). In this connection, this letter responds to the subpoenas only on behalf of Ms. Sines in her former official capacity as an employee of this Office and the Department of Justice, and so is without prejudice to any defenses to the subpoenas that may be available to Ms. Sines in her personal capacity. We do not represent Ms. Sines in her personal capacity in this matter.

      The subpoenas issued to Ms. Sines are in support of private federal court litigation to which the United States is not a party. The Department of Justice regulations referenced above

impose a general prohibition against the disclosure of official information in federal and state proceedings in which the United States is not a party, and require that whenever a demand is made in such a proceeding for oral testimony by a current or former Department employee relating to that individual's employment "an affidavit, or if that is not feasible, a statement by the party seeking the testimony or his attorney, setting forth a summary of the testimony sought and its relevance to the proceeding, must be furnished to the responsible U.S. Attorney." 28 C.F.R. § 16.22(c). Similarly, whenever a demand is made for official information other than oral testimony in such a proceeding, the responsible U.S. Attorney "shall request a summary of the information sought and its relevance to the proceeding." 28 C.F.R. § 16.22(d). The Department's regulations further provide that official information may be disclosed in such a proceeding if: (1) there is no objection by the originating component (*i.e.*, this Office), (2) the demanded disclosure is appropriate under the factors specified in 28 C.F.R. § 16.26(a); and (3) none of the factors specified in 28 C.F.R. § 16.26(b) exists with respect to the demanded disclosure. *See* 28 C.F.R. § 16.24(b).

We understand from your February 27 letter to United States Attorney Brown that the testimony and records you are seeking from Ms. Sines relate generally to events surrounding the murder of Seth Rich, but your letter does not specify with particularity the scope of your proposed discovery, the specific information that you expect to elicit from Ms. Sines and to derive from the requested records, and the relevance of such information to the claims and defenses in the above-referenced cases. Therefore, we cannot authorize Ms. Sines to disclose any official information at this time, and object to the disclosure of any such information on the ground that all official information known or possessed by Ms. Sines about the Seth Rich murder is protected by privilege.

Ms. Sines was assigned to the investigation of Mr. Rich's murder when she served as an Assistant U.S. Attorney in our Office, and any official information available to her relating to the murder was obtained during the course and scope of her employment as an Assistant U.S. Attorney. Our Office and the District of Columbia Metropolitan Police Department are continuing to investigate the murder. Therefore, all official information that Ms. Sines could provide about the murder would pertain to an open and on-going criminal investigation, and so is protected from discovery by what is commonly referred to as the investigatory files or law enforcement privilege. *See, e.g., Friedman v. Bache Halsey Stuart Shields, Inc.*, 738 F.2d 1336, 1341 (D.C. Cir. 1984); *Black v. Sheraton Corp. of America*, 564 F2d 531 (D.C. Cir. 1977).

Information about the Seth Rich murder may also be subject to other privileges, including without limitation the attorney-client privilege, the deliberative process privilege, and the attorney work-product doctrine. In addition, to the extent that there are any grand jury materials relating to the murder, such materials may be disclosed only as authorized by Fed. R. Crim. P. 6(e). And any records covered by the Privacy Act, 5 U.S.C. § 552a, may be disclosed only as permitted by that statute. We reserve the right to assert all such privileges and other protections from disclosure in the event it is ultimately determined that the records and information relating to the murder are not protected from discovery in their entirety by the investigatory files privilege.

2

The investigatory files privilege is qualified, and so may be overcome if a litigant's need is sufficiently great, but you have provided no information that would permit an evaluation of whether the circumstances in the above-referenced cases are sufficient to overcome that privilege, or whether the specific information that you are seeking for purposes of those cases could be disclosed without transgressing other privileges or protections from disclosure. If you will provide further information about the scope, nature, and purpose of your requested discovery, we will give further consideration to your request. In this connection, we urge you to consider whether the information you are seeking could be provided by means of a deposition by written questions pursuant to Fed. R. Civ. P. 31, or in a declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, in lieu of oral testimony or document production. Proceeding under Rule 31 or Section 1746 would insure that sensitive privileged or otherwise protected information is not inadvertently released, would permit any objections to the requested discovery to be addressed in an orderly manner, would be consistent with a subpoena issuer's duty under Fed. R. Civ. P. 45(d)(1) to "take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena," and would further Fed. R. Civ. P. 1's directive that the Federal Rules of Civil Procedure be "construed and administered to secure the just, speedy, and inexpensive determination of every action." We also request that you withdraw the subpoenas that you have issued to Ms. Sines, or hold in abeyance the proposed deposition and requested document production, until we determine if we can agree on a more efficient means of furnishing the information you seek than the contemplated discovery.

Although we are willing to give further consideration to your request based on any additional information that you provide to us, we decline to grant your request at this time. Consequently, absent a subsequent express authorization to the contrary, Ms. Sines may not, in response to your subpoenas, produce any material contained in the files of the Department of Justice, disclose any information relating to or based upon material contained in the Department's files, or disclose any information or produce any material acquired as part of the performance of her official duties or because of her official status as an Assistant U.S. Attorney. *See* 28 C.F.R. § 16.22(a).

Any question about this matter may be directed to me. I can be contacted either by telephone at (202) 252-2506, or by email at daniel.vanhorn@usdoj.gov.

Sincerely,

TIMOTHY J. SHEA
United States Attorney

By:   DANIEL F. VAN HORN
Chief, Civil Division

cc: Deborah Sines, Esq.
James Gillingham, Civil Chief, EDTX

3

TY CLEVENGER
*P.O. Box 20753*
*Brooklyn, New York 11202-0753*

*telephone: 979.985.5289*
*facsimile: 979.530.9523*

*tyclevenger@yahoo.com*
*Texas Bar No. 24034380*

February 17, 2020

The Hon. Joseph D. Brown, U.S. Attorney
Eastern District of Texas
600 East Taylor Street, Suite 2000
Sherman, Texas 75090

*Via facsimile and email*
(903) 892-2792

 Re: *Edward Butowsky v. David Folkenflik, et al.*, Case No. 4:18-cv-00442-ALM (E.D.
 Tex.) and *Edward Butowsky v. Michael Gottlieb, et al.*, Case No. 4:19-cv-00180-
 ALM-KPJ (E.D. Tex.)

Mr. Brown:

 I represent Edward Butowsky in both of the cases identified above, and I have
attached two subpoenas that will likely be served this week on Deborah Sines, a former
Asst. U.S. Attorney in the D.C. District. Pursuant to *United States ex rel. Touhy v. Ragen*,
340 U.S. 462 (1951) and 28 CFR § 16.21, I write to request that the Department of
Justice authorize her to testify regarding matters related to her former employment.

 As you know from my previous correspondence, events surrounding the murder
of Democratic National Committee employee Seth Rich are directly relevant to both
cases identified above. Specifically, Mr. Butowsky alleges that the defendants defamed
him when they accused him of making up false information about the circumstances
surrounding Mr. Rich's murder. Among other things, some of the defendants denounced
Mr. Butowsky's statement that the FBI investigated electronic devices belonging to Mr.
Rich.

 Ms. Sines was assigned to the investigation of Mr. Rich's murder, and she was
interviewed by journalist Michael Isikoff of Yahoo!News about the murder. In August of
2019, Mr. Isikoff published the fifth episode of "Conspiracyland," wherein he
interviewed Ms. Sines. A full copy of the interview can be found at
https://tunein.com/podcasts/News--Politics-Podcasts/Conspiracyland-
p1231856/?topicId=132591823. In Episode 5, Mr. Isikoff discussed a *Fox News* report
that the FBI had copies of communications between Seth Rich and Wikileaks:

 Isikoff: "As soon as she heard the [*Fox News*] story, Sines reached out to the
 FBI."

 Sines: "Of course I did. Of course I did."

Isikoff: "And what did they tell you?"

Sines: "No."

Isikoff: "No."

Sines: "No. No connection between Seth and Wikileaks. And there was no evidence on his work computer of him downloading and disseminating things from the DNC."

Isikoff: "As it turned out, there was one sliver of truth in the Fox story. **The FBI had been examining Seth's computer**, not for any ties to the DNC emails or Wikileaks, but because they saw unusual activity by a foreign hacker after his death."

Sines: "There were allegations that someone, maybe more than one person, was trying to invade Seth's Gmail account and set up a separate account after Seth was murdered, and **the FBI was looking into that.** I presumed they were trying to create a fake Gmail account or get into Seth's Gmail account so they could dump false information in there."

Isikoff: "So just to be clear, **the FBI** had only **investigated** an attempt to hack into Seth Rich's email when they saw activity after he died. When we contacted the Bureau's Washington Field Office, a spokesperson said it had never opened an investigation into the DNC staffer's death, pointing out that the FBI had no jurisdiction over local crimes. **Andrew McCabe**, the Bureau's acting director at the time, told us something else. He **had personally reached out to his agents** when he heard the Seth Rich conspiracy stories and was informed there was nothing to them. There was no 'there' there, McCabe said he was told."

Transcript of Excerpt, *Conspiracyland*, Episode 5 (emphasis added).

I do not believe we need authorization from the Department of Justice to depose Ms. Sines about her statements to and communications with Mr. Isikoff. Likewise, I do not believe we need Department approval to obtain records and communications that were generated or exchanged after she left the Department. Nonetheless, I write to request the Department's authorization for her testimony and the production of responsive records.

Thank you for your consideration.

Sincerely,

Ty Clevenger

cc: Mr. Daniel Van Horn, Chief of the Civil Division
   U.S. Attorney's Office, D.C. District
 Mr. Richard Tischner, Chief of the Superior Court Division
   U.S. Attorney's Office, D.C. District
 Mr. Robert Wells, Asst. U.S. Attorney
   U.S. Attorney's Office, Eastern District of Texas

Gmail

Deborah Sines <iamdsines@gmail.com>

---

## Today's indictment
7 messages

---

**Deborah Sines** <iamdsines@gmail.com>                              Fri, Jul 13, 2018 at 12:42 PM
To: Mary Ann Rich <mrich12105@icloud.com>, jrich12105@gmail.com, aaron.rich@gmail.com
Cc: Joseph.DellaCamera@dc.gov

Good folks:

With the indictment of numerous Russian GRU intelligence agents for the 2016 DNC hack, I am hoping this will make ugly people stop falsely accusing Seth, and will also make them stop harassing you.

I hope everyone is well. I'm enjoying this thing they call retirement. Joel - you should try it!

Warmly,

Deborah

Sent from my iPad

> On Apr 29, 2018, at 11:25 PM, Mary Ann Rich <                    > wrote:
>
> Hi Deborah,
>
> It was so good to talk with you on Friday.   I'm jealous regarding your "retirement home". It sounds wonderful! I love to watch the Manatees, Dolphins, etc. I have a sister that lives in Florida and they have a place in the keys that they can do that and they love it.
>
> When is your last day? I would love to talk with you a little bit more regarding our discussion.  Do you have any free time that we could talk a little more?
>
> Thank you for everything!  You have a very special place in our hearts.  Wishing you the best, you deserve it!
>
> Congratulations,
>
> Mary Rich
>
>
>
>
>
> Sent from my iPhone

---

**Aaron Rich** <aaron.rich@gmail.com>                                Fri, Jul 13, 2018 at 1:05 PM
To: iamdsines@gmail.com

Thanks so much for the note. It's definitely a great day with this.
Will be interesting how the crazy people respond...

How is retirement going? Are you still in DC by chance? I'm be there
next Thursday-Saturday  (meeting with Michelle on Thursday) and if you

are, maybe can grab coffee?

Hope everything is going great with you.

Thanks again for everything. You are absolutely amazing!

-Aaron

-Aaron
[Quoted text hidden]

---

**Deborah Sines** <iamdsines@gmail.com>
To: Aaron Rich <aaron.rich@gmail.com>

Fri, Jul 13, 2018 at 1:17 PM

Hey Aaron - I'm in Florida living the dream just like in the movies! So, no I can't join you for coffee in DC next week. I have learned that Jack Burkman announced on the anniversary of your brother's murder, that he had a witness who said Seth was murdered by two federal agents. I'm hoping that today's announcement may have an impact on him, but I doubt it.

I hope you and yours are great.

I'm not that amazing, but I'm not too shabby!

Deborah

Sent from my iPad

[Quoted text hidden]

---

**Aaron Rich** <aaron.rich@gmail.com>
To: Deborah Sines <iamdsines@gmail.com>

Fri, Jul 13, 2018 at 1:28 PM

Damn, I was just in Florida start of this week. Melbourne area. The humidity nearly killed me.

Oh that press conference. I just refer to it as the dumpster fire... But it was hilarious watching Jack screw over Matt Couch and make a fool of himself all at the same time. But I'm sure he's not done...

I'll agree to disagree with you on your level of amazement :) you're not going to convince you aren't.

If I could send you a margarita I would. Glad it's going as great as it is.

Thanks again.
[Quoted text hidden]

---

**Mary Ann Rich** <mrich12105@icloud.com>
To: Deborah Sines <iamdsines@gmail.com>
Cc: Joel Rich <jrich12105@gmail.com>

Fri, Jul 13, 2018 at 1:34 PM

Hi Deborah,

I have been thinking about you and wanting to write you.  Thank you for your message, it would be great if people would back off.

I'm sorry I haven't checked in with you, we were in court earlier and of course I caught a bug!  My immune system lacks some strength 😉.  After a couple rounds of medication I am finally getting my voice and strength back.

We're waiting to hear back from the Judge on his decisions.

So retirement has been good!? Great! I keep thinking about how you described your new home. I love nature and watching the dolphins and manatees has to be living the dream!!!

How are you "keeping busy now"? Would you please give me your address. There's something I'd like to send you.

I think I told you that my sisters live down in Florida and the pictures, etc. I get jealous of at times. Lol! One has a house out on the Keys and man is that cool!

Joel, Aaron and I can't thank you enough for everything that you did for Seth and us. You should always know how much you mean to us and you have such an honorable way that you did your position. Your heart should be full of respect, honor, and love for all that you did.

But now what's the next chapter? Traveling? Consulting? Your thoughts? Lol!

I'll keep this brief but like I said, we'll keep in touch. Enjoy your new home and life! Keep in touch and if you would, send your address. I'll understand if you don't want to. After two years of this...I get that! Lol!

Best regards,

Mary and Joel

Sent from my iPhone
[Quoted text hidden]

---

**Deborah Sines** <iamdsines@gmail.com>                                                    Fri, Jul 13, 2018 at 7:07 PM
To: Mary Ann Rich <mrich12105@icloud.com>
Cc: Joel Rich <jrich12105@gmail.com>

Good to hear from you. I'm so sorry you got sick. I spend my days fixing my new house up and making it my home. My art collection looks amazing on these vaulted walls. I left most of my old, antique heavy furniture in DC as it doesn't work in a beach house. I have been getting rooms painted, spray painting some furniture, buying furniture, putting furniture together & cutting up cardboard so that it can be recycled. My hands stopped bleeding yesterday! Who knew I was so soft? Sadly, I didn't start using gloves until two days ago. I have stripped and resurfaced all of the lower cabinets in the kitchen, but the upper ones still are waiting for me. I planted my first bird of paradise and am still learning about tropical plants. My jade plant, cactus, corn, and bug eating pitcher plants that I brought from DC love it here. Some of the others are struggling, but I'm learning. I still read a book a week, and swim every day. I drink my morning coffee on the dock and watch all the fish. Stingrays still blow me away. Then I read the New York Times & the Washington Post. I've been doing some work with Investigation Discovery. A show will air on 7/30 at 10 pm on one of my cases on the ID channel. I plan on getting a rescue puppy & doing some volunteer work.

As for you, you don't need to send me anything. I'm good and have everything I need. It was an honor to represent Seth and you. Your kindness you have already given me. That is more than enough. Yes, you may have my address, but please, please don't give it to anyone else. Several reporters are trying to contact me about Seth's case and I have refused to speak with them because I don't want to harm Seth's Investigation.

94 Cimmaron Drive Palm Coast, FL 32137.

Take care,

Deborah

Sent from my iPhone

[Quoted text hidden]

---

**Mary Ann Rich** <mrich12105@icloud.com>
To: Deborah Sines <iamdsines@gmail.com>

Fri, Jul 13, 2018 at 11:52 PM

I'm smiling and laughing as I read this! That's just wonderful!!!

I'll write more later, as you can imagine today is a whirlwind for us.  Joel is having so much joy today.... I have to keep reminding him of the roller coaster ride we're on.   But we did go enjoy a nice little dinner with wine and Cafe Diablo that the manager always makes for us. It feels good for a little bit to have some pressure off for a minute or two.😊.   When we got home I made him turn to Fox for a little bit....Lol!

Please don't worry we would NEVER give out your private information!   I just wanted you to know that now.  And thank you for trusting us.  We appreciate that.

Wow!  You are VERY busy!!!  I was wondering about the plants and if you had taken any.   Sounds interesting!  I love them but I'm not very good with them inside in the last few years.

We'll have to talk about art on walls next time.  I miss my vaulted walls!!!

Take care and enjoy!!!

Thank you!

Mary

Sent from my iPhone
[Quoted text hidden]

Gmail

Deborah Sines <iamdsines@gmail.com>

## hey
2 messages

**Michael Isikoff** <misikoff@verizonmedia.com>
To: iamdsines@gmail.com

Thu, May 2, 2019 at 9:52 AM

Deborah-- thanks for doing that the other day. You were excellent.
Had a couple of fact checking questions I wanted to go over-- so please give a call when you can.
Mike Isikoff
c 202-258-2535

**Michael Isikoff** <misikoff@verizonmedia.com>
To: Deborah Sines <iamdsines@gmail.com>

Thu, May 2, 2019 at 10:03 AM

had a couple of fack-checkign questions. Got a minute?
202-258-2535

On Thu, May 2, 2019 at 9:55 AM Deborah Sines <                    > wrote:
  Hey what?

  Sent from my iPad

  > On May 2, 2019, at 9:52 AM, Michael Isikoff <                    > wrote:
  >

Gmail

Deborah Sines <iamdsines@gmail.com>

## Re: I just read your article

1 message

**Andy Kroll** <akroll@rollingstone.com>
To: Deborah Sines <iamdsines@gmail.com>

Tue, Apr 23, 2019 at 9:43 PM

You beat me to it! Thanks. More to come soon...

Andy Kroll
D.C. Bureau Chief
Rolling Stone
—
202-695-2563

@AndyKroll

**From:** Deborah Sines <                    >
**Sent:** Tuesday, April 23, 2019 9:19:02 PM
**To:** Andy Kroll
**Subject:** I just read your article

Terrific job.

Sent from my iPad

This message is the property of Wenner Media LLC or its affiliates. It may be legally privileged and/or confidential and is intended only for the use of the addressee(s). No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete this message. Thank you.

Gmail

Deborah Sines <iamdsines@gmail.com>

---

## Re: 18-2321_Documents.pdf
1 message

**Andy Kroll** <akroll@rollingstone.com>
To: Deborah Sines <iamdsines@gmail.com>

Mon, Sep 16, 2019 at 11:05 AM

Did you read the opinion? If so, what'd you think?

**From:** Deborah Sines <                    >
**Date:** Friday, September 13, 2019 at 10:31 AM
**To:** Andy Kroll <                    >
**Subject:** 18-2321_Documents.pdf

Mary & Joel's case reinstated.

Sent from my iPad

---

This message is the property of Wenner Media LLC or its affiliates. It may be legally privileged and/or confidential and is intended only for the use of the addressee(s). No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete this message. Thank you.

Gmail

Deborah Sines <iamdsines@gmail.com>

---

## Your letter

39 messages

---

**Deborah Sines** <iamdsines@gmail.com>
To: akroll@rollingstone.com

Tue, Sep 11, 2018 at 8:13 PM

Andy - I received your letter today. Others have asked me to speak on camera about this case and I have refused. Understand, that I firmly believe people will be charged with this murder and I don't want to do anything that would fuck that case up. I am equally firmly convinced that many people have used this murder for their political agendas and as a result, several people close to Seth were cruelly hurt. Moreover, one of the reasons it is taking so long to charge those responsible is that so much time and so many resources were spent investigating baseless allegations to maintain the integrity of our investigation.

Even though I have refused to speak to other journalists about this case, I am thinking about talking to you. First, you wrote a letter in your own handwriting. Very impressive. Nice touch. Second, it's the Rolling Stone. Third, I checked you out. Give me a day or two to think about this.

Deborah

---

**Andy Kroll** <akroll@rollingstone.com>
To: Deborah Sines <iamdsines@gmail.com>

Tue, Sep 11, 2018 at 9:27 PM

Deborah:

Thank you for your email. Glad you got the letter and were able to read my awful chicken-scratch handwriting. If there's anything else I can explain from my end while you're mulling it over, don't hesitate to let me know. You've got my phone # and (obviously) email. If you do decide you'd be open to talking, I'm happy to pop down to Florida to speak in-person if you'd prefer. I'm old-school that way — I'd rather drive seven hours for a one-hour face-to-face meeting than do it over the phone if I can help it.

Look forward to hearing from you. I appreciate the kind reply...

Andy
202-695-2563

---

**From:** Deborah Sines <                    >
**Sent:** Tuesday, September 11, 2018 8:13:54 PM
**To:** Andy Kroll
**Subject:** Your letter

Andy - I received your letter today. Others have asked me to speak on camera about this case and I have refused. Understand, that I firmly believe people will be charged with this murder and I don't want to do anything that would fuck that case up. I am equally firmly convinced that many people have used this murder for their political agendas and as a result, several people close to Seth were cruelly hurt. Moreover, one of the reasons it is taking so long to charge those responsible is that so much time and so many resources were spent investigating baseless allegations to maintain the integrity of our investigation.