IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>        Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>        Defendants | Case No. 4:19-cv-00180-ALM-kpj |

### PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR HEARING

NOW COMES Edward Butowsky, the Plaintiff, replying to the Federal Bureau of Investigation's Response in Opposition to Plaintiff's Motion for Hearing (hereinafter "Opposition") (Doc. No. 243):

The Plaintiff requested a hearing on a motion, and Asst. U.S. Attorney Robert Wells responded with a belligerent rant against the merits of the Plaintiff's claims. Frankly, nobody asked for Mr. Wells's opinion, and the undersigned doubts very seriously that the U.S. Department of Justice authorized Mr. Wells to take sides in litigation among private parties. The Plaintiff has attached a letter to U.S. Attorney Stephen J. Cox regarding Mr. Wells's behavior in this case (Exhibit 1), and he has attached the email exchange referenced in that letter (Exhibit 2).

Predictably, Mr. Wells ignored the arguments that the Plaintiff actually raised in his request for a hearing and, obviously, the Court need not rule on the Plaintiff's motion to compel before ruling on the motions to dismiss. For the sake of efficiency, the Plaintiff

simply asked the Court to schedule the hearing on the motion to compel for June 10, 2020 because the Court will already be hearing other motions (and the undersigned already will be in Texas for a family matter).  The Plaintiff is not expecting the Court to rule on his motion to compel on June 10, 2020, but simply to consolidate oral argument for the sake of efficiency.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

### Certificate of Service

I certify that a copy of this document was filed electronically with the Court's ECF system on June 1, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger