# Exhibit 2

## Re: June 10, 2020 hearing in Butowsky v. Gottlieb

From:   Ty Clevenger (tyclevenger@yahoo.com)

To:     Robert.Wells3@usdoj.gov

Cc:     jjoiner@jw.com; tleatherbury@velaw.com; mfuller@velaw.com; megancoker@velaw.com; dkerns@velaw.com; sudick@skiermontderby.com; pskiermont@skiermontderby.com; blatham@jw.com

Date:   Sunday, May 24, 2020, 10:15 PM EDT


The item that I just filed is not a motion, but a notice. I made the court aware of new evidence. That's it. Seriously, what is your problem, and why do you take all of this so personally? Did you take a government job because you don't know how to act like a professional?


> On Sunday, May 24, 2020, 10:09:24 PM EDT, Wells, Robert (USATXE) <robert.wells3@usdoj.gov> wrote:
>
> You never sent me your motion in the first place to properly confer. Not the first time you failed to follow the local rules. I plan on bringing that to the court's attention. Again.
>
> I will look at your motion and respond to you regarding the hearing request by COB Wednesday. Unless you want to jump the gun again with more Rambo tactics.
>
> Bob Wells
> AUSA, EDTX
>
> Sent from my iPhone
>
>> On May 24, 2020, at 9:05 PM, Ty Clevenger <tyclevenger@yahoo.com> wrote:
>>
>> I plan to ask the Court to hear our motion to compel the FBI's compliance with our subpoena duces tecum. Please let me know whether your clients oppose. Thanks.
>>
>> Ty