**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **EDWARD BUTOWSKY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO.  4:19-CV-00180-ALM-KPJ** |
| § | |
| **MICHAEL GOTTLIEB,** *et al.***,** § | |
| § | |
| **Defendants.** | |

## ORDER

Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Motion for Hearing (the "Motion") (Dkt. 241), wherein Plaintiff requests that the Court schedule Plaintiff's Corrected Motion to Compel Federal Bureau of Investigation to Comply with Subpoena Duces Tecum (the "Motion to Compel") (Dkt. 179) and Plaintiff's Supplemental Motion to Compel Federal Bureau of Investigation to Comply with Subpoena Duces Tecum (the "Supplemental Motion") for the hearing scheduled before the Court on June 10, 2020, at 9:30 a.m. The Defendants do not oppose the Motion, but the Federal Bureau of Investigation filed a response in opposition to the Motion (Dkt. 243). As stated in the Court's March 4, 2020, Order (Dkt. 204), discovery in this matter is stayed until the resolution of all of Defendants' motions to dismiss. Therefore, Plaintiff's Motion (Dkt. 241) is hereby **DENIED**.

**So ORDERED and SIGNED this 8th day of June, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE