# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE**: 6/10/2020

| **UNITED STATES MAGISTRATE JUDGE** | **COURT REPORTER:** FTR RECORDING - PLANO 108 |
|---|---|
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Jane Amerson |
| Edward Butowsky<br>v.<br>Michael Gottlieb, et al | **CASE NO.**   4:19-CV-180 ALM/KPJ |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| Ty Clevenger | Jamison M. Joiner, Robert P. Latham, Marc A. Fuller, Devin L. Kerns Megan M. Cocker, Thomas S. Leatherbury |

On this day, came the parties by their attorneys, for a hearing on the Motions to Dismiss (Dkt. 219, 220, 221, 222, 223 and 224) held in Plano, Texas:

**OPEN:** 9:41am              **ADJOURN:** 12:49 pm

| TIME: | MINUTES: |
|---|---|
| 9:41 | Case Called – Appearances made |
| 9:44 | Questions for clarification from the Court to Plaintiff's counsel with response from Plaintiff's counsel |
| 9:46 | Specific Jurisdiction argument from New York Times defendants - |
| 9:57 | Plaintiff's response with questions from the Court |
| 10:13 | Reply from New York Times defendants |
| 10:20 | Specific Jurisdiction regarding Alan Fewer defendant |
| 10:31 | Plaintiff's response with questions from the Court |
| 10:34 | Specific Jurisdiction argument Individual CNN defendants – Anderson Cooper, Gary Tuchman, Oliver Darcey, Thom Kludt |
|  |  |

CASE NO.  4:19-CV-180                              DATE:  6/10/2020

PAGE 2  - PROCEEDINGS CONTINUED:

| 10:44 | Response from Plaintiff with questions from the Court |
| --- | --- |
| 11:01 | Reply from CNN individual defendants – Cooper, Tuchman, Darcy, Kludt |
| 11:04 | Reply from Plaintiff |
| 11:05 | Break |
| 11:15 | Court question |
| 11:17 | 12(b)(6) Motion to Dismiss – New York Times & Alan Fewer with questions from the Court |
| 11:40 | Response from Plaintiff with questions from the court |
| 11:47 | Reply New York Times & Alan Fewer counsel |
| 11:54 | Reply from Plaintiff |
| 11:55 | 12(b)(6) Motion to Dismiss – CNN defendants – Anderson Cooper, Gary Tuchman, Oliver Darcy, Thom Kludt |
| 12:15 | Response from Plaintiff – questions from Court |
| 12:23 | Reply CNN defendants – Cooper, Tuchman, Darcy, Kludt |
| 12:28 | Reply Plaintiff |
| 12:31 | Response from CNN defendants – Cooper, Tuchman, Darcy, Kludt |
| 12:38 | 12(b)(6) Motion to Dismiss – Vox Defendants |
| 12:41 | Response from Plaintiff |
| 12:46 | Reply from Vox Defendants |
| 12:49 | adjourned |

**DAVID A. O'TOOLE, CLERK**

BY:      Jane Amerson
           Courtroom Deputy Clerk