# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **EDWARD BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-00180-ALM-KPJ |
| | § | |
| **MICHAEL GOTTLIEB,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court are the following motions:

(1) Plaintiff Edward Butowsky's ("Plaintiff") Corrected Motion to Compel Federal Bureau of Investigation to Comply with Subpoena Duces Tecum (the "Motion") (Dkt. 179), to which the Federal Bureau of Investigations ("FBI") filed a response (Dkt. 181), and Plaintiff filed a reply (Dkt. 182); and

(2) Plaintiff's Supplemental Motion to Compel Federal Bureau of Investigation to Comply with Subpoena Duces Tecum (the "Supplemental Motion") (Dkt. 189), to which the FBI filed a response (Dkt. 191), and Plaintiff filed a reply (Dkt. 197).

As stated in the Court's March 4, 2020 Order (Dkt. 204), discovery in this matter is stayed until the resolution of all of Defendants' motions to dismiss. On June 8, 2020, the Court denied Plaintiff's request for the Court to hold a hearing regarding the Motion and the Supplemental Motion, as discovery in this matter is stayed until the resolution of all of Defendants' motions to dismiss. *See* Dkt. 246. The Court is currently deciding Defendants' pending motions to dismiss.

As discovery remains stayed in this case, Plaintiff's Motion (Dkt. 179) and Supplemental Motion (Dkt. 189) are hereby **DENIED WITHOUT PREJUDICE** to refiling once the discovery period is reopened in this matter.

**So ORDERED and SIGNED this 14th day of July, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE