IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**   Plaintiff,   v.   **Michael Gottlieb, et al.,**   Defendants | Case No. 4:19-cv-00180-ALM-kpj |

## NOTICE REGARDING DEVELOPMENTS IN RELATED LITIGATION

NOW COMES Edward Butowsky, the Plaintiff, giving notice of relevant developments in other proceedings and further responding to the Notice of Status by Defendants Gottlieb, Governski and Boies Schiller Flexner LLP (hereinafter "Notice") (Doc. 250):

In their Notice, the BSF Defendants suggested that there was some sort of delay in the appellate proceedings before the D.C. Circuit, and the Plaintiff informed this Court on July 7, 2020 that there was no such delay. *See* Objection (Doc. No. 251). On July 10, 2020, the U.S. Court of Appeals for the D.C. Circuit issued a briefing schedule, and the undersigned has attached a true and correct copy as Exhibit 1.  As the Court can see, the Plaintiff's brief is due on August 18, 2020, hence there has been no delay.

On July 9, 2020, the BSF Defendants filed a "notice" in the D.C. district court, asking Judge Richard J. Leon to address certain matters at a status conference.  A true and correct copy of that "notice" is attached as Exhibit 2.  It appears that the BSF

Defendants are trying to entice Judge Leon to retaliate against the undersigned for events that occurred exclusively in this Court.  The Plaintiff will likely bring these developments to the attention of the Court of Appeals.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on July 16, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger
