# Exhibit 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 20-7042 | September Term, 2019 |
| | 1:18-cv-00681-RJL |

**Filed On: July 10, 2020** [1851041]

Aaron Rich,

  Appellee

 v.

Edward Butowsky,

  Appellant

Matthew Couch and America First Media,

  Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | August 18, 2020 |
| Appellees' Brief | September 17, 2020 |
| Appellant's Reply Brief | October 8, 2020 |
| Deferred Appendix | October 15, 2020 |
| Final Briefs | October 29, 2020 |

  All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 42 (2019); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

  Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                   **FOR THE COURT:**
                    Mark J. Langer, Clerk

         BY:  /s/
             Michael C. McGrail
             Deputy Clerk

# United States Court of Appeals

District of Columbia Circuit
Washington, D.C.  20001-2866

Mark J. Langer
Clerk                                                                                              (202) 216-7300

NOTICE TO COUNSEL:

SCHEDULING ORAL ARGUMENT

   The court has entered an order setting a briefing schedule in a case in which you are counsel of record.  Once a briefing order has been entered, the case may be set for oral argument.

   You will be notified by separate order of the date and time of oral argument.  Once a case has been calendared, the Clerk's Office cannot change the argument date, and ordinarily the court will not reschedule it.  Any request to reschedule must be made by motion, which will be presented to a panel of the court for disposition.  The court disfavors motions to postpone oral argument and will grant such a motion only upon a showing of "extraordinary cause."  See D.C. Cir. Rule 34(g).

   If you are the arguing counsel, and you will be unavailable to appear for oral argument on a date in the future, so advise the Clerk's Office by letter, filed electronically.  The notification should be filed as soon as possible and updated if a potential scheduling conflict arises later, or if there is any change in availability.  To the extent possible, the Clerk's Office will endeavor to schedule oral argument to avoid conflicts that have been brought to the court's attention in advance.  See D.C. Circuit Handbook of Practice and Internal Procedures at IX.A.1, XI.A.

   Counsel must notify the court when serious settlement negotiations are underway, when settlement of the case becomes likely, and when settlement is reached.  Such notice allows for more efficient allocation of judicial resources.  Additionally, counsel should promptly notify the court if settlement negotiations are terminated.  Notice must be given in an appropriate motion or by letter to the Clerk at the earliest possible moment.  See, e.g., D.C. Circuit Handbook of Practice and Internal Procedures at X.D., XI.A.

Rev. March 2017