## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:19-CV-00180-ALM-KPJ |
| § | |
| MICHAEL GOTTLIEB, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

On July 30, 2020, Plaintiff Edward Butowsky ("Plaintiff") filed Plaintiff's Objection to Magistrate Report (the "Objections") (Dkt. 255).

**IT IS HEREBY ORDERED** that Defendants Vox Media, Inc., and Anderson Cooper shall file responses to Plaintiff's Objections **by August 17, 2020**.

**So ORDERED and SIGNED this 1st day of August, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE