# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **EDWARD BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:19-cv-0180-ALM-KPJ** |
| | § | |
| **MICHAEL GOTTLIEB,** *et al.***,** | § | |
| | § | |
| **Defendants.** | § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF DEVIN L. KERNS AS COUNSEL OF RECORD FOR DEFENDANTS

Pursuant to the Local Rule CV-11(c), Defendants The New York Times Company, Alan Feuer, Vox Media, Inc., and Jane Coaston (collectively, "***Defendants***") respectfully move this Court to allow attorney Devin L. Kerns to withdraw as counsel of record for Defendants.  As of August 14, 2020, Ms. Kerns will start a federal clerkship.  Permitting Ms. Kerns to withdraw as counsel of record for Defendants will not affect the ongoing representation of Defendants in this matter nor result in any prejudice to Plaintiff.  Vinson & Elkins LLP remains lead counsel of record for Defendants.

For these reasons, Defendants respectfully move this Court to allow attorney Devin L. Kerns to withdraw as counsel of record for Defendants in this matter and request that she be removed from the Court's electronic service list and that no further pleadings or other documents be served upon her in this action.

Dated:  August 6, 2020

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Marc A. Fuller*
Thomas S. Leatherbury
  State Bar No. 12095275
Marc A. Fuller
  State Bar No. 24032210
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7792
tleatherbury@velaw.com
mfuller@velaw.com

***Counsel for The New York Times Company, Alan Feuer, Vox Media, Inc., and Jane Coaston***

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 6, 2020, counsel for Defendants conferred with Ty Clevenger, counsel for Plaintiff, in compliance with Local Rule CV-7(h).  Plaintiff does not oppose this motion for withdrawal.

*/s/ Marc A. Fuller*
Marc A. Fuller

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on the 6th day of August 2020, a true and correct copy of the foregoing document was forwarded via e-filing on all counsel of record.

              */s/ Marc A. Fuller*
              Marc A. Fuller