**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| EDWARD BUTOWSKY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:19-CV-00180-ALM-KPJ |
| § | |
| MICHAEL GOTTLIEB, *et al.*, § | |
| § | |
| Defendants. | |

**ORDER**

Pending before the Court is Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP's (the "BSF Defendants") Letter Brief to the Court requesting clarification on the Court's August 12, 2020, Order (the "Order") (Dkt. 262).

**IT IS HEREBY ORDERED** that counsel for Plaintiff Edward Butowsky and the BSF Defendants shall appear telephonically on **Wednesday, August 19, 2020, at 11:00 a.m.**, to discuss the BSF Defendants' Letter Brief and the Order. The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 10:55 a.m.

So ORDERED and SIGNED this 18th day of August, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE