**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  4:19-CV-00180-ALM-KPJ |
| | § | |
| MICHAEL GOTTLIEB, *et al.*, | § | |
| | § | |
| Defendants. | | |

## ORDER

On March 31, 2020, the United States District Court for the District of Columbia enjoined Plaintiff Edward Butowsky ("Plaintiff") from pursuing his claims against Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP (collectively, the "BSF Defendants") in this matter. *See* Dkt. 218-1. On May 11, 2020, the BSF Defendants informed the Court that Plaintiff was appealing the United States District Court for the District of Columbia's granting of the anti-suit injunction. *See* Dkt. 239. As Plaintiff could not timely object to any ruling and/or recommendation made by the Court due to the anti-injunction, the Court issued an Order (the "Order") (Dkt. 262) on August 12, 2020, denying the BSF Defendants' pending motions without prejudice to refiling once the anti-suit injunction appeal is resolved.

On August 17, 2020, the BSF Defendants filed a Letter Brief (Dkt. 263) to the Court requesting clarification on the Court's Order. On August 19, 2020, the Court held a hearing (the "Hearing") to address the Letter Brief and the BSF Defendants' request stay this matter as to the BSF Defendants pending the resolution of the anti-injunction appeal. *See* Minute Entry on August 19, 2020. At the Hearing, Plaintiff stated that he is unopposed to the BSF Defendants' request. *See id*.

**IT IS THEREFORE ORDERED** that the claims between Plaintiff and the BSF Defendants are **STAYED** pending the resolution of Plaintiff's appeal of the anti-suit injunction issued by the United States District Court for the District of Columbia.

**IT IS FURTHER ORDERED** that Plaintiff shall notify the Court within one week of the resolution of this appeal.

**So ORDERED and SIGNED this 19th day of August, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE