# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 4:19-CV-180** |
| MICHAEL GOTTLIEB, *et al.*, § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| § | |
| Defendant. § | |
| § | |
| § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #253) that Defendant Alan Feuer's ("Feuer") Motion to Dismiss Third Amended Complaint for Lack of Personal Jurisdiction (Dkt. #222) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Feuer's Motion to Dismiss Third Amended Complaint for Lack of Personal Jurisdiction (Dkt. #222) is hereby **GRANTED**. Plaintiff's claims against Feuer are **DISMISSED**.

**IT IS SO ORDERED.**

SIGNED this 28th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE