**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **EDWARD BUTOWSKY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO. 4:19-CV-00180-ALM-KPJ** |
| § | |
| **MICHAEL GOTTLIEB,** *et al.***,** § | |
| § | |
| **Defendants.** | |

## ORDER

Pending before the Court is Defendants Vox Media, Inc. and Jane Coaston's ("Vox Defendants") Motion to Dismiss Third Amended Complaint Under Rule 12(b)(6) (the "Motion") (Dkt. 223). On September 28, 2020, the District Court adopted the Magistrate Judge's recommendation that Vox Defendants' Motion to Dismiss Third Amended Complaint for Lack of Personal Jurisdiction (Dkt. 221) be granted, and the District Court dismissed Vox Defendants from this suit. *See* Dkt. 270. Accordingly, Vox Defendants' Motion (Dkt. 223) is hereby **DENIED AS MOOT.**

So ORDERED and SIGNED this 29th day of September, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE