## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-cv-0180-ALM-KPJ |
| § | |
| MICHAEL GOTTLIEB, *et al.*, § | |
| § | |
| Defendants. § | |

## NOTICE OF FORTHCOMING DISMISSAL

Plaintiff Edward Butowsky and Defendants Anderson Cooper, Gary Tuchman, Kayvon Oliver Darcy, Tom Kludt, Cable News Network, Inc. (erroneously sued as "Turner Broadcasting System, Inc."), Alan Feuer, The New York Times Company, Jane Coaston, and Vox Media, Inc. (collectively, "Media Defendants") hereby notify the Court that they have reached an agreement under which Plaintiff Butowsky's claims against the Media Defendants will be dismissed with prejudice. The parties are working on documenting this agreement.

Respectfully submitted,

/s/ Ty Clevenger
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

*Attorney for Plaintiff Edward Butowsky*

US 7438699v.1

/s/    *Marc A. Fuller*
Thomas S. Leatherbury
State Bar No. 12095275
Marc A. Fuller
State Bar No. 24032210
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7792
tleatherbury@velaw.com
mfuller@velaw.com

*Attorneys for Vox Media Defendants and New York Times Defendants*


/s/  *Robert P. Latham*
Robert P. Latham
State Bar No. 11975500
blatham@jw.com
Jamison M. Joiner
State Bar. No. 24093775
jjoiner@jw.com
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

*Attorneys for CNN Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 16th day of October 2020, a true and correct copy of the foregoing document was forwarded via e-filing on all counsel of record.

                                                */s/*       *Marc A. Fuller*
                                                      Marc A. Fuller