IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-0180-ALM-KPJ |
| | § | |
| MICHAEL GOTTLIEB, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Edward Butowsky and Defendants The New York Times Company ("The New York Times"), Alan Feuer, Vox Media, Inc. ("Vox Media"), Jane Coaston, Turner Broadcasting System, Inc. ("CNN")[1] and Anderson Cooper, Gary Tuchman, Kayvon Oliver Darcy, and Tom Kludt (collectively, "Media Defendants"), jointly move the Court for an order of dismissal with prejudice as to all Media Defendants, and state as follows:

On September 28, 2020, U.S. District Judge Amos L. Mazzant entered orders adopting the magistrate's report and recommendation and dismissing without prejudice Defendants Cooper, Tuchman, Darcy, Kludt, Feuer, Coaston, and Vox Media for lack of personal jurisdiction. Plaintiff now wishes to dismiss those defendants with prejudice. In addition, Plaintiff wishes to dismiss The Times and CNN with prejudice. Plaintiff and the Media Defendants have agreed that each party shall bear its own costs and fees in this action.

---

[1] Cable News Network, Inc., a subsidiary of Turner Broadcasting System, Inc., is the entity that published the statements of which Plaintiff complains. For ease of reference, the corporate defendant is referred to herein as CNN and the individual Defendants as the "CNN Individual Defendants"—collectively, the "CNN Defendants."

Dated: October 19, 2020  Respectfully submitted,


/s/ ___*Ty Clevenger*___
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

***Attorney for Plaintiff Edward Butowsky***


/s/ ___*Marc A. Fuller*___
Thomas S. Leatherbury
State Bar No. 12095275
Marc A. Fuller
State Bar No. 24032210
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7792
tleatherbury@velaw.com
mfuller@velaw.com

***Attorneys for Vox Media Defendants and New York Times Defendants***


/s/ ___*Robert P. Latham*___
Robert P. Latham
State Bar No. 11975500
blatham@jw.com
Jamison M. Joiner
State Bar. No. 24093775
jjoiner@jw.com
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

***Attorneys for CNN Defendants***

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 19th day of October 2020, a true and correct copy of the foregoing document was forwarded via e-filing on all counsel of record.

                        */s/     Marc A. Fuller*
                              Marc A. Fuller