IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>    Plaintiff,<br><br>v.<br><br>**Michael Gottlieb, et al.,**<br><br>    Defendants | Case No. 4:19-cv-00180-ALM-kpj |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ed Butowsky ("Plaintiff") states that all of Plaintiff's claims against Defendants Michael Gottlieb, Meryl Governski, and Boies Schiller Flexner LLP are hereby DISMISSED WITH PREJUDICE. The BSF Defendants are aware of this Notice and together with Plaintiff agree that the parties shall bear their own costs, expenses, and attorneys' fees.

By: /s/ *Ty Clevenger*
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, NY 11202-0753
979-985-5289 (phone)
979-530-9523 (fax)
tyclevenger@yahoo.com

*Attorney for Plaintiff*

By: /s/ *Paul J. Skiermont*
SKIERMONT DERBY LLP
Paul J. Skiermont (TX Bar No. 24033073)
Steven J. Udick (TX Bar No. 24079884)
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com

*Attorney for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

    I certify that a copy of this document was filed electronically with the Court's ECF system on October 21, 2020, which should result in automatic notification to all counsel of record.

    **/s/ Ty Clevenger**
    Ty Clevenger